1  DAVID I. GELFAND (*pro hac vice pending*)
   dgelfand@cgsh.com
2  MARK LEDDY (*pro hac vice pending*)
   mleddy@cgsh.com
3  ALEXIS LAZDA (*pro hac vice pending*)
   alazda@cgsh.com
4  CLEARY GOTTLIEB STEEN & HAMILTON LLP
   2112 Pennsylvania Avenue, NW
5  Washington, D.C. 20037
   Telephone:    202.974.1500
6  Facsimile:    202.974.1999

7  BONNIE LAU (SBN 246188)
   BLau@mofo.com
8  IAN K. BAUSBACK (CA SBN 299249)
   IBausback@mofo.com
9  MORRISON & FOERSTER LLP
   425 Market Street
10 San Francisco, California 94105-2482
   Telephone:   415.268.7000
11 Facsimile:   415.268.7522

12 Attorneys for Defendants
   COMMERCIAL METALS COMPANY;
13 CMC STEEL FABRICATORS, INC.;
   CMC STEEL US, LLC; and
14 CMC REBAR WEST

15

16              UNITED STATES DISTRICT COURT

17             NORTHERN DISTRICT OF CALIFORNIA

18                    OAKLAND DIVISION

19

20 PACIFIC STEEL GROUP,

21              Plaintiff,
                                        Case No.   4:20-cv-07683-HSG
22         v.
                                        **STIPULATION AND ORDER**
23 COMMERCIAL METALS COMPANY;           **EXTENDING TIME TO**
   CMC STEEL FABRICATORS, INC.;         **RESPOND TO COMPLAINT AND**
24 CMC STEEL US, LLC; DANIELI           **BRIEFING SCHEDULE**
   CORPORATION; and GERDAU
25 REINFORCING STEEL,

26              Defendants.

27

28

**STIPULATION**

Pursuant to Civil Local Rules 6-1 and 6-2, Plaintiff Pacific Steel Group ("Plaintiff") and Defendants Commercial Metals Company, CMC Steel Fabricators, Inc., CMC Steel US, LLC, CMC Rebar West (incorrectly named in the Complaint as "Gerdau Reinforcing Steel"), and Danieli Corporation (collectively, "Defendants"), by and through their undersigned counsel, respectfully request that the Court enter the parties' stipulation below that extends the time for Defendants to answer or otherwise respond to Plaintiff's Complaint ("Complaint") (ECF No. 1) and sets a briefing schedule in connection with any motion to dismiss.

WHEREAS, Plaintiff filed the Complaint in this action on October 30, 2020 and served Defendants with the Complaint on November 3, 2020;

WHEREAS, Defendants' current deadline to answer or otherwise respond to the Complaint is November 24, 2020;

WHEREAS, Plaintiff has agreed to extend the deadline for Defendants to answer or otherwise respond to the Complaint until December 31, 2020;

WHEREAS, Defendants have agreed to extend Plaintiff's deadline to file an opposition to any motion(s) to dismiss until January 28, 2021;

WHEREAS, Plaintiff has agreed to extend Defendants' deadline to file reply brief(s) until February 11, 2021;

WHEREAS, this extension will not alter the date of any event or deadline already fixed by Court order;

WHEREAS, the parties believe that the interests of judicial economy and efficiency will be served by extending the time for Defendants to answer or otherwise respond to the Complaint and extending the briefing schedule for any motion(s) to dismiss, as set forth in the supporting Declaration of Bonnie Lau filed concurrently herewith;

THEREFORE, IT IS HEREBY AGREED AND STIPULATED, that:

1. The deadline for Defendants to answer or otherwise respond to Plaintiff's Complaint shall be extended until December 31, 2020;

2. The deadline for Plaintiff to file an opposition to any motion(s) to dismiss filed by

1    any Defendant shall be extended by 14 days, until January 28, 2021;

2        3.   The deadline for Defendants to file reply brief(s) shall be extended by 7 days, until

3             February 11, 2021; and

4        4.   The parties will seek to set the hearing on any motion(s) to dismiss at the Court's

5             earliest convenience.

6    IT IS SO STIPULATED.

7

8    Dated:  November 18, 2020            By:    */s/ Bonnie Lau*
                                                 Bonnie Lau
9
                                          Bonnie Lau
10                                        Ian Bausback
                                          MORRISON & FOERSTER LLP
11                                        425 Market Street
                                          San Francisco, California 94105-2482
12                                        Telephone: 415.268.7000
                                          Facsimile: 415.268.7522
13                                        Email: blau@mofo.com
                                          Email: Ibausback@mofo.com
14
                                          David L. Gelfand (*pro hac vice pending*)
15                                        Mark Leddy (*pro hac vice pending*)
                                          Alexis Lazda (*pro hac vice pending*)
16                                        CLEARY GOTTLIEB STEEN &
                                          HAMILTON LLP
17                                        2112 Pennsylvania Avenue, NW
                                          Washington, D.C. 20037
18                                        Telephone:  202.974.1500
                                          Facsimile:   202.974.1999
19                                        Email: dgelfand@cgsh.com
                                          Email: mleddy@cgsh.com
20                                        Email: alazda@cgsh.com

21                                        *Attorneys for Defendants*
                                          *COMMERCIAL METALS COMPANY; CMC*
22                                        *STEEL FABRICATORS, INC.; CMC STEEL US,*
                                          *LLC; and CMC REBAR WEST*
23

24

25

26

27

28

STIPULATION AND ORDER EXTENDING TIME                                    2
CASE NO. 4:20-cv-07683-HSG

1   Dated:  November 18, 2020              FARELLA BRAUN + MARTEL LLP

2

3                                          By:   /s/ Christopher C. Wheeler
                                                 Christopher C. Wheeler
4
                                                 Christopher C. Wheeler
5                                                FARELLA BRAUN + MARTEL LLP
                                                 235 Montgomery Street, 17th Floor
6                                                San Francisco, CA 94104
                                                 Telephone: (415) 954-4400
7                                                Facsimile: (415) 954-4480
                                                 Email: cwheeler@fbm.com
8
                                                 Benjamin D. Brown
9                                                Daniel A. Small (*pro hac vice pending*)
                                                 COHEN MILSTEIN SELLERS & TOLL, PLLC
10                                               1100 New York Ave., N.W., Suite 500,
                                                 East Tower
11                                               Washington, D.C. 20005
                                                 Telephone: (202) 408-4600
12                                               Facsimile: (202) 408-4699
                                                 Email: bbrown@cohenmilstein.com
13                                               Email: dsmall@cohenmilstein.com

14                                               Matthew W. Ruan
                                                 COHEN MILSTEIN SELLERS & TOLL, PLLC
15                                               88 Pine St., Ste 1400
                                                 New York, NY 10005
16                                               Telephone: (212) 838-7797
                                                 Facsimile: (212) 838-7745
17                                               Email:  mruan@cohenmilstein.com

18                                               *Attorneys for Plaintiff*
                                                 *PACIFIC STEEL GROUP*
19

20

21

22

23

24

25

26

27

28

1    Dated:  November 18, 2020      DLA PIPER LLP

2

3                       By:   */s/John Hamill*
                            John Hamill

4

5                           John Hamill (*pro hac vice pending*)
                          Michael Pullos (*pro hac vice pending*)

6                           DLA PIPER LLP
                          444 West Lake Street, Suite 900

7                           Chicago, Illinois  60606-0089
                          Telephone: (312) 368-7036

8                           Facsimile: (312) 251-5809
                          Email: john.hamill@dlapiper.com

9                           Email: michael.pullos@dlapiper.com

10                       Lisa Tenorio-Kutzkey
                      Mandy Chan

11                       Elizabeth C. Callahan
                      DLA PIPER LLP

12                       555 Mission St #2400
                      San Francisco, CA 94105

13                       Telephone: (415) 836-2500
                      Facsimile: (415) 836-2501

14                       Email: lisa.tenorio@dlapiper.com
                      Email: mandy.chan@dlapiper.com

15                       Email:elizabeth.callahan@dlapiper.com

16                       *Attorneys for Defendant*
                      *DANIELI CORPORATION*

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ECF ATTESTATION**

I, Bonnie Lau, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND BRIEFING SCHEDULE.  In accordance with Civil Local Rule 5-1, concurrence in the filing of this document has been obtained from each of the other signatories, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Dated:  November 18, 2020                    MORRISON & FOERSTER LLP


By:   /s/ Bonnie Lau
           Bonnie Lau

Attorneys for Defendants
COMMERCIAL METALS COMPANY;
CMC STEEL FABRICATORS, INC.;
CMC STEEL US, LLC; and
CMC REBAR WEST

1

**ORDER**

2          **PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS SO**

3   **ORDERED.**

4   Dated:  11/23/2020          _Haywood S. Gill Jr._

5                                   United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28