**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

PACIFIC STEEL GROUP

      Plaintiff(s),

 v.

COMMERCIAL METALS COMPANY, ET AL.

      Defendant(s).

Case No: 4:20-cv-07683-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER** (CIVIL LOCAL RULE 11-3)

 I, Daniel A. Small, an active member in good standing of the bar of Washington, D.C., hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Pacific Steel Group in the above-entitled action. My local co-counsel in this case is Christopher C. Wheeler, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| COHEN MILSTEIN SELLERS & TOLL, PLLC<br>1100 New York Ave., N.W., Suite 500, East Tower<br>Washington, D.C. 20005 | FARELLA BRAUN + MARTEL LLP<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA 94104 |
| MY TELEPHONE # OF RECORD:<br>(202) 408-4600 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 954-4400 |
| MY EMAIL ADDRESS OF RECORD:<br>dsmall@cohenmilstein.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>cwheeler@fbm.com |

 I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 465094.

 A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

 I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

 *I declare under penalty of perjury that the foregoing is true and correct*.

Dated: October 30, 2020       /s/ Daniel A. Small

                    APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

 IT IS HEREBY ORDERED THAT the application of Daniel A. Small is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 12/16/2020        /s/ Haywood S. Gilliam, Jr.

               UNITED STATES DISTRICT JUDGE

PRO HAC VICE APPLICATION & ORDER                     *October 2012*

American LegalNet, Inc.
www.FormsWorkFlow.com



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Daniel A Small*

was duly qualified and admitted on November 1, 1999 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 30, 2020.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.