# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pacific Steel Group, Plaintiff,<br><br>v.<br><br>Commercial Metals Company, CMC Steel Fabricators, Inc., CMC Steel US, LLC, Danieli Corporation, and Gerdau Reinforcing Steel, Defendants. | Case No: 4:20-cv-07683-HSG<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**; ORDER<br>(CIVIL LOCAL RULE 11-3) |

I, **David I. Gelfand**, an active member in good standing of the bar of _____, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Commercial Metals Company, CMC Steel Fabricators, Inc., and CMC Steel US, LLC in the above-entitled action. My local co-counsel in this case is **Bonnie Lau**, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 2112 Pennsylvania Avenue, NW<br>Washington, DC 20037 | 425 Market Street<br>San Francisco, CA 94105 |
| MY TELEPHONE # OF RECORD: 202-974-1690 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: 415-268-6511 |
| MY EMAIL ADDRESS OF RECORD: dgelfand@cgsh.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: blau@mofo.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: **416596**.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 11/19/2020                     /s/ David I. Gelfand
                                                     APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of **David I. Gelfand** is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 12/16/2020                     *[signature: Haywood S. Gilliam Jr.]*
                                                     UNITED STATES DISTRICT JUDGE   *October 2012*

PRO HAC VICE APPLICATION & ORDER



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*David I Gelfand*

was duly qualified and admitted on December 7, 1988 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof,**
I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on November 18, 2020.

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.