Matthew W. Ruan (SBN 264409)
COHEN MILSTEIN SELLERS & TOLL, PLLC
88 Pine St., Ste 1400
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
mruan@cohenmilstein.com

Benjamin D. Brown (SBN 202545)
Daniel A. Small (pro hac vice)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., N.W., Suite 500, East Tower
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
bbrown@cohenmilstein.com
dsmall@cohenmilstein.com

Christopher C. Wheeler (SBN 224872)
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
cwheeler@fbm.com

*Attorneys for Plaintiff Pacific Steel Group*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| PACIFIC STEEL GROUP,<br><br>Plaintiff,<br><br>v.<br><br>COMMERCIAL METALS COMPANY, et al.,<br><br>Defendants. | Case No. 4:20-cv-07683-HSG<br><br>**STIPULATION AND ORDER FOR LEAVE FOR PLAINTIFF PACIFIC STEEL GROUP TO FILE AN OMNIBUS OPPOSITION TO THE MOTIONS TO DISMISS OF THE CMC DEFENDANTS AND DEFENDANT DANIELI** |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION AND ORDER FOR LEAVE TO FILE OMNIBUS OPPOSITION BRIEF
Case No. 4:20-cv-07683-HSG

# STIPULATION

Pursuant to Civil Local 7-12, the parties, by and through their respective counsel, request that the Court enter the parties' stipulation below to grant Plaintiff Pacific Steel Group ("Pacific Steel") leave to file an omnibus opposition brief of no more than 40 pages to the motions to dismiss filed by Defendants Commercial Metals Company, CMC Rebar, CMC Steel US, LLC, and CMC Rebar West (collectively, "CMC Defendants") and Defendant Danieli Corporation.

WHEREAS, on December 31, 2020, Defendant Danieli Corporation filed a motion to dismiss Pacific Steel's complaint (Dkt. 39);

WHEREAS, on December 31, 2020, the CMC Defendants filed a separate motion to dismiss Pacific Steel's complaint (Dkt. 40);

WHEREAS, pursuant to Local Rule 7-4(b), Pacific Steel is permitted to file a 25-page opposition to Defendant Danieli Corporation's motion to dismiss and a 25-page opposition to the CMC Defendants' motion to dismiss, for a total of 50 pages;

WHEREAS, Pacific Steel believes that filing a single opposition brief will avoid repetitiveness and will allow Pacific Steel to present all relevant issues to the Court in as straightforward a manner as possible;

WHEREAS, instead of filing two separate briefs totaling up to 50 pages, Pacific Steel has agreed to file a single opposition brief not to exceed 40 pages; and

WHEREAS, Pacific Steel's deadline to file its brief(s) in opposition to the two motions to dismiss is January 28, 2021 (Dkt. 33).

Therefore, IT IS HEREBY AGREED AND STIPULATED that:

1,   Pacific Steel may file a single brief in opposition to the motions to dismiss filed by Defendant Danieli and the CMC Defendants; and

2.   Pacific Steel's opposition brief shall not exceed 40 pages.

2

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION AND ORDER FOR LEAVE TO FILE OMNIBUS OPPOSITION BRIEF
Case No. 4:20-cv-07683-HSG

| | | |
|---|---|---|
| 1 | Dated: January 19, 2021 | FARELLA BRAUN + MARTEL LLP |
| 2 | | |
| 3 | | */s/ Christopher C. Wheeler* |
| 4 | | Christopher C. Wheeler |
| 5 | | Attorneys for Plaintiff Pacific Steel Group |
| 6 | | |
| 7 | Dated: January 19, 2021 | MORRISON & FOERSTER LLP |
| 8 | | |
| 9 | | */s/ Bonnie Lau* |
| 10 | | Bonnie Lau |
| 11 | | Attorneys for Defendants<br>COMMERCIAL METALS COMPANY; |
| 12 | | CMC STEEL FABRICATORS, INC.;<br>CMC STEEL US, LLC; and Gerdau Reinforcing Steel |
| 13 | | |
| 14 | Dated: January 19, 2021 | DLA PIPER LLP (US) |
| 15 | | |
| 16 | | */s/ Michael S. Pullos* |
| 17 | | Michael S. Pullos |
| 18 | | Attorneys for Defendant<br>DANIELI CORPORATION |

3

STIPULATION AND ORDER FOR LEAVE TO FILE OMNIBUS OPPOSITION BRIEF
Case No. 4:20-cv-07683-HSG

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

**FILER'S ATTESTATION**

Pursuant to Civil L. R. 5-1(i)(3), regarding signatures, I hereby attest that concurrence in the filing of this document has been obtained from all of the signatories above.

Dated: January 19, 2021         */s/ Christopher C. Wheeler*
                                Christopher C. Wheeler

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

4

STIPULATION AND ORDER FOR LEAVE TO FILE OMNIBUS OPPOSITION BRIEF
Case No. 4:20-cv-07683-HSG

# ORDER

PURSUANT TO THE STIPULATION, the Court hereby **ORDERS** that (1) Plaintiff may file a single brief in opposition to the motions to dismiss filed by Defendant Danieli and by the CMC Defendants; and (2) Plaintiff's opposition brief shall not exceed 40 pages.

**IT IS SO ORDERED.**

Dated: January 19, 2021

*Haywood S. Gilliam Jr.*
Honorable Haywood S. Gilliam, Jr.
United States District Judge

39522\13882733.1

STIPULATION AND ORDER FOR LEAVE TO FILE OMNIBUS OPPOSITION BRIEF
Case No. 4:20-cv-07683-HSG