1  DAVID I. GELFAND (admitted *pro hac vice*)
   dgelfand@cgsh.com
2  MARK LEDDY (admitted *pro hac vice*)
   mleddy@cgsh.com
3  CLEARY GOTTLIEB STEEN & HAMILTON LLP
   2112 Pennsylvania Avenue, NW
4  Washington, D.C. 20037
   Telephone:  202.974.1500
5  Facsimile:  202.974.1999

6  BONNIE LAU (SBN 246188)
   blau@mofo.com
7  IAN K. BAUSBACK (CA SBN 299249)
   ibausback@mofo.com
8  MORRISON & FOERSTER LLP
   425 Market Street
9  San Francisco, California 94105-2482
   Telephone:  415.268.7000
10 Facsimile:  415.268.7522

11 Attorneys for Defendants
   COMMERCIAL METALS COMPANY;
12 CMC STEEL FABRICATORS, INC.; AND
   CMC STEEL US, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PACIFIC STEEL GROUP,<br><br>                        Plaintiff,<br><br>           v.<br><br>COMMERCIAL METALS COMPANY;<br>CMC STEEL FABRICATORS, INC.; AND<br>CMC STEEL US, LLC,<br><br>                        Defendants. | Case No. 4:20-cv-07683-HSG<br><br>**STIPULATION AND [PROPOSED]<br>ORDER EXTENDING TIME TO<br>RESPOND TO FIRST AMENDED<br>COMPLAINT AND BRIEFING<br>SCHEDULE** |

**STIPULATION**

Pursuant to Civil Local Rules 6-1 and 6-2, Plaintiff Pacific Steel Group ("Plaintiff") and Defendants Commercial Metals Company, CMC Steel Fabricators, Inc., and CMC Steel US, LLC (collectively, "Defendants"), by and through their undersigned counsel, respectfully request that the Court enter the parties' stipulation below that extends the time for Defendants to answer or otherwise respond to Plaintiff's First Amended Complaint ("FAC") (ECF No. 76) and that establishes a briefing schedule for Defendants' anticipated motion to dismiss.

WHEREAS, the original Complaint was filed on October 30, 2020;

WHEREAS, the Court dismissed Plaintiff's original Complaint on May 21, 2021 (ECF No. 74) and granted Plaintiff leave to amend the pleadings by June 11, 2021;

WHEREAS, Plaintiff filed the FAC in this action on June 11, 2021;

WHEREAS, Defendants' current deadline to answer or otherwise respond to the FAC is June 25, 2021;

WHEREAS, the parties have agreed to extend the deadline for Defendants to answer or otherwise respond to the FAC until July 9, 2021 and have agreed to the briefing schedule set out below for Defendants' anticipated motion to dismiss;

WHEREAS, there are no pending deadlines set by the Court and thus no deadlines that could be altered by this extension;

WHEREAS, the parties believe that extending the time for Defendants to answer or otherwise respond to the Complaint and for the parties to brief Defendants' anticipated motion to dismiss will allow the parties to fully and properly address the issues raised by the motion, as set forth in the supporting Declaration of Bonnie Lau filed concurrently herewith;

THEREFORE, IT IS HEREBY AGREED AND STIPULATED, that:

1. The deadline for Defendants to answer or otherwise respond to Plaintiff's Complaint shall be extended until July 9, 2021;

2. The deadline for Plaintiff to file an opposition brief to any motion to dismiss shall be August 6, 2021;

3. The deadline for Defendants to file any reply brief shall be August 20, 2021; and

4. The hearing on any motion to dismiss shall be at 2:00 PM on September 2, 2021.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: June 15, 2021 | By:    /s/ Bonnie Lau |
| 2 | | Bonnie Lau |

Bonnie Lau
Ian Bausback
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
Email: blau@mofo.com
Email: ibausback@mofo.com

David L. Gelfand (admitted *pro hac vice*)
Mark Leddy (admitted *pro hac vice*)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, D.C. 20037
Telephone:   202.974.1500
Facsimile:    202.974.1999
Email: dgelfand@cgsh.com
Email: mleddy@cgsh.com

*Attorneys for Defendants*
COMMERCIAL METALS COMPANY;
CMC STEEL FABRICATORS, INC.;
AND CMC STEEL US, LLC

| | | | |
|---|---|---|---|
| 1 | Dated: June 15, 2021 | By: | */s/ Christopher C. Wheeler* |
| | | | Christopher C. Wheeler |

Benjamin D. Brown
Daniel A. Small (admitted *pro hac vice*)
Daniel McCuaig (admitted *pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., N.W., Suite 500, East Tower
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email: bbrown@cohenmilstein.com
Email: dsmall@cohenmilstein.com
Email: dmccuaig@cohenmilstein.com

Matthew W. Ruan
COHEN MILSTEIN SELLERS & TOLL, PLLC
88 Pine St., Ste 1400
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
Email: mruan@cohenmilstein.com

Christopher C. Wheeler
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
Email: cwheeler@fbm.com

*Attorneys for Plaintiff*
PACIFIC STEEL GROUP

| | |
|---|---|
| 1 | **ECF ATTESTATION** |
| 2 | I, Bonnie Lau, am the ECF User whose ID and password are being used to file this |
| 3 | STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO FIRST |
| 4 | AMENDED COMPLAINT AND BRIEFING SCHEDULE.  In accordance with Civil Local Rule |
| 5 | 5-1, concurrence in the filing of this document has been obtained from each of the other |
| 6 | signatories, and I shall maintain records to support this concurrence for subsequent production for |
| 7 | the Court if so ordered or for inspection upon request by a party. |

Dated:  June 15, 2021                            MORRISON & FOERSTER LLP

                                                 By:    /s/ Bonnie Lau
                                                        Bonnie Lau

                                                 *Attorneys for Defendants*
                                                 COMMERCIAL METALS COMPANY;
                                                 CMC STEEL FABRICATORS, INC.;
                                                 AND CMC STEEL US, LLC

1 **[PROPOSED] ORDER**

2 PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS SO

3 ORDERED.

4 Dated: 6/16/2021

THE HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge