DAVID I. GELFAND (admitted *pro hac vice*)
dgelfand@cgsh.com
MARK LEDDY (admitted *pro hac vice*)
mleddy@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, D.C. 20037
Telephone:    202.974.1500
Facsimile:    202.974.1999

BONNIE LAU (SBN 246188)
blau@mofo.com
IAN K. BAUSBACK (CA SBN 299249)
ibausback@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:    415.268.7000
Facsimile:    415.268.7522

Attorneys for Defendants
COMMERCIAL METALS COMPANY;
CMC STEEL FABRICATORS, INC.; AND
CMC STEEL US, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PACIFIC STEEL GROUP,<br><br>Plaintiff,<br><br>v.<br><br>COMMERCIAL METALS COMPANY;<br>CMC STEEL FABRICATORS, INC.; AND<br>CMC STEEL US, LLC,<br><br>Defendants. | Case No. 4:20-cv-07683-HSG<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |

**STIPULATION**

Pursuant to Civil Local Rules 6-1 and 6-2, Plaintiff Pacific Steel Group ("Plaintiff") and Defendants Commercial Metals Company, CMC Steel Fabricators, Inc., and CMC Steel US, LLC (collectively, "Defendants"), by and through their undersigned counsel, respectfully request that the Court enter the parties' stipulation below that extends the time for Defendants to file a reply brief in support of their Motion To Dismiss Plaintiff's First Amended Complaint.

WHEREAS, Plaintiff filed its Complaint on October 30, 2020;

WHEREAS, the Court dismissed Plaintiff's Complaint on May 21, 2021 and granted Plaintiff leave to amend the pleadings by June 11, 2021;

WHEREAS, Plaintiff filed the First Amended Complaint in this action on June 11, 2021;

WHEREAS, pursuant to the Stipulation and Order Extending Time to Respond to First Amended Complaint and Briefing Schedule entered on June 16, 2021 ("June 16 Stipulation and Order"), Defendants filed their Motion to Dismiss Plaintiff's First Amended Complaint on July 9, 2021;

WHEREAS, pursuant to the June 16 Stipulation and Order, Plaintiff filed their Opposition on August 6, 2021;

WHEREAS, pursuant to the June 16 Stipulation and Order, Defendants' current deadline to file a reply brief is August 20, 2021;

WHEREAS, on August 9, 2021 the Court continued the hearing on the motion to dismiss from September 2, 2021 to October 14, 2021 at 2:00 p.m.

WHEREAS, the parties have agreed to extend the deadline for Defendants to file a reply brief until August 27, 2021;

WHEREAS, no other deadlines will be altered or otherwise impacted by this extension;

WHEREAS, Defendants believe that extending the time for Defendants to file their reply brief will allow them to fully and properly address the issues raised by the motion to dismiss, as set forth in the supporting Declaration of Bonnie Lau filed concurrently herewith;

///

///

1

THEREFORE, IT IS HEREBY AGREED AND STIPULATED that the deadline for

2

Defendants to file any reply brief shall be August 27, 2021.

3

IT IS SO STIPULATED.

4

5

Dated:  August 17, 2021                    By:    */s/ Bonnie Lau*
                                                        Bonnie Lau

6

7

Bonnie Lau
Ian Bausback

8

MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482

9

Telephone: 415.268.7000
Facsimile: 415.268.7522

10

Email: blau@mofo.com
Email: ibausback@mofo.com

11

12

David L. Gelfand (admitted *pro hac vice*)
Mark Leddy (admitted *pro hac vice*)
CLEARY GOTTLIEB STEEN & HAMILTON LLP

13

2112 Pennsylvania Avenue, NW
Washington, D.C. 20037

14

Telephone:    202.974.1500
Facsimile:    202.974.1999

15

Email: dgelfand@cgsh.com
Email: mleddy@cgsh.com

16

17

*Attorneys for Defendants*
COMMERCIAL METALS COMPANY;
CMC STEEL FABRICATORS, INC.;

18

AND CMC STEEL US, LLC

19

20

21

22

23

24

25

26

27

28

1

Dated:  August 17, 2021

2

By:    */s/ Christopher C. Wheeler*
          Christopher C. Wheeler

3

Benjamin D. Brown
Daniel A. Small (admitted *pro hac vice*)
Daniel McCuaig (admitted *pro hac vice*)

4

COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., N.W., Suite 500, East Tower

5

Washington, D.C. 20005
Telephone: (202) 408-4600

6

Facsimile: (202) 408-4699
Email: bbrown@cohenmilstein.com

7

Email: dsmall@cohenmilstein.com
Email: dmccuaig@cohenmilstein.com

8

9

Matthew W. Ruan
COHEN MILSTEIN SELLERS & TOLL, PLLC
88 Pine St., Ste 1400

10

New York, NY 10005
Telephone: (212) 838-7797

11

Facsimile: (212) 838-7745
Email:  mruan@cohenmilstein.com

12

13

Christopher C. Wheeler
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor

14

San Francisco, CA 94104
Telephone: (415) 954-4400

15

Facsimile: (415) 954-4480
Email: cwheeler@fbm.com

16

17

*Attorneys for Plaintiff*
PACIFIC STEEL GROUP

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ECF ATTESTATION**

I, Bonnie Lau, am the ECF User whose ID and password are being used to file this

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO

FILE REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S FIRST

AMENDED COMPLAINT.  In accordance with Civil Local Rule 5-1, concurrence in the filing

of this document has been obtained from each of the other signatories, and I shall maintain

records to support this concurrence for subsequent production for the Court if so ordered or for

inspection upon request by a party.


Dated: August 17, 2021                    MORRISON & FOERSTER LLP

                                                   By:     */s/ Bonnie Lau*
                                                            Bonnie Lau

                                                   *Attorneys for Defendants*
                                                   COMMERCIAL METALS COMPANY;
                                                   CMC STEEL FABRICATORS, INC.;
                                                   AND CMC STEEL US, LLC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS SO

ORDERED.

Dated:  8/18/2021

_Haywood S. Gilliam Jr._

THE HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge