UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pacific Steel Group, <br> Plaintiff(s), <br> v. <br> Commercial Metals Company, et al., <br> Defendant(s). | Case No. 4:20-cv-07683-HSG <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE: ORDER** <br> (CIVIL LOCAL RULE 11-3) |

I, Steven Bizar, an active member in good standing of the bar of Supreme Court of Pennsylvania, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Commercial Metals Company, CMC Steel Fabricators, Inc., & CMC Steel US, LLC in the above-entitled action. My local co-counsel in this case is Bonnie Lau, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 246188.

| | |
|---|---|
| 2929 Arch St, Philadelphia, PA 19104 | 425 Market St, San Francisco, CA 94105 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 215-994-2205 | 415-268-7000 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| steven.bizar@dechert.com | blau@mofo.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 68316.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 7/11/2022                              /s/ Steven Bizar
                                                                                              APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Steven Bizar is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 7/12/2022

                                                  *Haywood S. Gilliam Jr.*
                                           UNITED STATES DISTRICT JUDGE



# Supreme Court of Pennsylvania

Phoenicia D. W. Wallace, Esq.
Deputy Prothonotary
Patricia A. Johnson
Chief Clerk

Eastern District

468 City Hall
Philadelphia, PA 19107
(215) 560-6370
www.pacourts.us

July 7, 2022

Steven Edward Bizar, Esq.
Dechert LLP
2929 Arch St
Philadelphia, PA 19104

RE: **Certificate of Good Standing**

Dear Attorney Bizar:

    Enclosed is your Certificate of Good Standing confirming that you are an active member in good standing of the Bar of the Supreme Court of Pennsylvania.

    In addition, enclosed is your Receipt Number(s) 2022-SUP-E-000999 showing payment in the amount of $25.00.

Very truly yours,

Office of the Prothonotary

/ko
Enclosure



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Steven Edward Bizar, Esq.*

**DATE OF ADMISSION**

*June 21, 1993*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated:  July 7, 2022

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk