UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Pacific Steel Group                    ,

Plaintiff(s),

v.

Commercial Metals Company, et al.,

Defendant(s).

Case No. 4:20-cv-07683-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Agnese Nadalini            , an active member in good standing of the bar of

Supreme Court of Pennsylvania          , hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: Commercial Metals Company, CMC Steel Fabricators, Inc., & CMC Steel US, LLC in the

above-entitled action. My local co-counsel in this case is Bonnie Lau            , an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California.  Local co-counsel's bar number is: 246188            .

2929 Arch St, Philadelphia, PA 19104
MY ADDRESS OF RECORD

215-994-2241
MY TELEPHONE # OF RECORD

agnese.nadalini@dechert.com
MY EMAIL ADDRESS OF RECORD

425 Market St, San Francisco, CA 94105
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

415-268-7000
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

blau@mofo.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: 329243            .

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0       times in the 12 months

preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 7/11/2022                                   /s/Agnese Nadalini

                                                                    APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Agnese Nadalini            is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 7/12/2022

UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California



## Supreme Court of Pennsylvania

Eastern District

Phoenicia D. W. Wallace, Esq.
Deputy Prothonotary
Patricia A. Johnson
Chief Clerk

468 City Hall
Philadelphia, PA 19107
(215) 560-6370
www.pacourts.us

July 7, 2022

Agnese Nadalini, Esq.
Dechert LLP
2929 Arch St
Philadelphia, PA  19104-2808

RE:   **Certificate of Good Standing**

Dear Attorney Nadalini:

Enclosed is your Certificate of Good Standing confirming that you are an active member in good standing of the Bar of the Supreme Court of Pennsylvania.

In addition, enclosed is your Receipt Number(s) 2022-SUP-E-001001 showing payment in the amount of $25.00.

Very truly yours,

Office of the Prothonotary

/ko
Enclosure



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Agnese Nadalini, Esq.

**DATE OF ADMISSION**

**February 23, 2021**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  July 7, 2022**

_Patricia Johnson_
Patricia A. Johnson
Chief Clerk