Benjamin D. Brown (SBN 202545)
Daniel A. Small (*pro hac vice*)
Daniel McCuaig (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave., N.W., 5th Floor
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
bbrown@cohenmilstein.com
dsmall@cohenmilstein.com
dmccuaig@cohenmilstein.com

David O. Fisher (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
88 Pine St., 14th Floor,
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
dfisher@cohenmilstein.com

Christopher C. Wheeler (SBN 224872)
FARELLA BRAUN + MARTEL LLP
235 Montgomery St., 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
cwheeler@fbm.com

*Attorneys for Plaintiff Pacific Steel Group*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| PACIFIC STEEL GROUP,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>COMMERCIAL METALS COMPANY, et al.,<br><br>　　　　Defendants. | Case No: 4:20-cv-07683-HSG<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL MATTHEW W. RUAN** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Matthew W. Ruan is no longer associated with Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein") and hereby withdraws as counsel for Plaintiff Pacific Steel Group in the above-captioned litigation.

Plaintiff respectfully requests that Mr. Ruan be removed from all email notification of any documents filed by or with this Court in the above-captioned case. All counsel with Cohen Milstein will remain as counsel of record for Plaintiff.

Dated: October 13, 2022

/s/ *David O. Fisher*

David O. Fisher (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
88 Pine St., 14th floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
dfisher@cohenmilstein.com

Benjamin D. Brown (SBN 202545)
Daniel A. Small (*pro hac vice*)
Daniel McCuaig (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave., N.W., Fifth Floor
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
bbrown@cohenmilstein.com
dsmall@cohenmilstein.com
dmccuaig@cohenmilstein.com

Christopher C. Wheeler (SBN 224872)
FARELLA BRAUN + MARTEL LLP
235 Montgomery St., 17th Floor San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
cwheeler@fbm.com

*Attorneys for Plaintiff Pacific Steel Group*