UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| PACIFIC STEEL GROUP, | Case No. 4:20-cv-07683-HSG |
|---|---|
| Plaintiff, | **THIRD AMENDED SCHEDULING ORDER** |
| v. | |
| COMMERCIAL METALS COMPANY; et al., | |
| Defendants. | |

On August 11, 2023, the Parties filed a Joint Statement and Proposed Order Requesting a Third Amended Scheduling Order. Having considered the Parties Joint Statement, the Court finds good cause to amend certain deadlines in this action's expert discovery as **SETS** such amended deadlines as follows:

| Event | Third Amended Deadline |
|---|---|
| Defendants' Opening Expert Reports Due | September 22, 2023 |
| Last Day for Defendants to Depose Plaintiff's Experts | September 22, 2023 |
| Last Day for Plaintiffs to Depose Defendants' Experts | October 30, 2023 |
| Plaintiff's Reply Expert Reports Due | October 30, 2023 |

The dates may only be altered by order of the Court and only on a showing of good cause. The Parties are directed to review and comply with this Court's standing order.

**IT IS SO ORDERED**.

Dated: 8/14/2023

Honorable Haywood S. Gilliam, Jr.
United States District Judge