# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| PACIFIC STEEL GROUP, | Case No. 4:20-cv-07683-HSG |
| Plaintiff, | **ORDER** |
| v. | |
| COMMERCIAL METALS COMPANY, et al., | |
| Defendants. | |

The Court hereby GRANTS the Joint Administrative Motion. The deadline for each party to file its respective omnibus substantive sealing motion and declaration is December 18, 2023. The parties may file documents in connection with the MSJ and Daubert briefing that contain Confidential or Highly Confidential – Attorneys' Eyes Only or Outside Counsel's Eyes Only information or documents provisionally under seal without an accompanying Administrative Motion to File Under Seal under Local Rule 79-5. Such documents will remain under seal until the Court issues an order on the omnibus Administrative Motion(s) to File Under Seal described herein. The parties will publicly file redacted versions of all summary judgment and Daubert briefs by their respective deadlines and also will file public versions of all such briefs that redact only material that remains sealed following the Court's order(s) on the omnibus Administrative Motion(s) to File Under Seal described herein.

**IT IS SO ORDERED.**

Dated: 10/27/2023

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge