1  Benjamin D. Brown (SBN 202545)
   Daniel McCuaig (*pro hac vice*)
2  Nathaniel D. Regenold (*pro hac vice*)
   COHEN MILSTEIN SELLERS & TOLL PLLC
3  1100 New York Ave. NW, Fifth Floor
   Washington, DC 20005
4  Telephone: (202) 408-4600
   Facsimile: (202) 408-4699
5  bbrown@cohenmilstein.com
   dmccuaig@cohenmilstein.com
6  nregenold@cohenmilstein.com

7  Christopher C. Wheeler (SBN 224872)
   Cameron J. Gibbs (SBN 346524)
8  FARELLA BRAUN + MARTEL LLP
   One Bush Street, Suite 900
9  San Francisco, CA 94104
   Telephone: (415) 954-4400
10 Facsimile: (415) 954-4480
   cwheeler@fbm.com
11 cgibbs@fbm.com

12 *Attorneys for Plaintiff Pacific Steel Group*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| PACIFIC STEEL GROUP, | Case No. 4:20-cv-07683-HSG |
|---|---|
| Plaintiff, | **ORDER GRANTING PLAINTIFF PACIFIC STEEL GROUP'S REVISED ADMINISTRATIVE MOTION TO REMOVE DOCKET ENTRY NOS. 152 AND 159 (as modified)** |
| vs. | |
| COMMERCIAL METALS COMPANY, et al., | |
| Defendants. | |
| | The Hon. Haywood S. Gilliam, Jr. |

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

ORDER GRANTING PLAINTIFF'S REVISED
ADMIN. MOT. TO REMOVE DOCUMENT
ENTRY NOS. 152 AND 159
Case No. 4:20-cv-07683-HSG

1   Before the Court is Plaintiff Pacific Steel Group's Revised Administrative Motion to
2   Remove Docket Entry Nos. 152 and 159.  Having considered all of the papers filed in connection
3   with the Motion, the arguments of counsel, all pleadings and records on file in this action, and all
4   other evidence and arguments properly before the Court, the Court orders as follows:
5   The documents filed at Docket Entry Nos. 152 and 159 shall be immediately and
6   permanently removed from the docket by the clerk and Pacific Steel shall promptly re-file
7   redacted versions of its summary

9   judgment materials

11  DATED:  11/7/2023

    _____
    HAYWOOD S. GILLIAM, JR.
12  United States District Judge

15  39522\16470147.1

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

ORDER GRANTING PLAINTIFF'S REVISED
ADMIN. MOT. TO REMOVE DOCUMENT
ENTRY NOS. 152 AND 159
Case No. 4:20-cv-07683-HSG

1