UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PACIFIC STEEL GROUP, | Case No. 4:20-cv-07683-HSG |
| Plaintiff, | **ORDER** |
| v. | |
| COMMERCIAL METALS COMPANY, et al., | |
| Defendants. | |

1   Good cause appearing, the Court hereby GRANTS Defendants' Unopposed Administrative
2   Motion to Extend Summary Judgment, Daubert, and in Limine Motion Reply Deadlines.  The
3   parties' summary judgment, Daubert, and in limine motion reply briefs are due November 27,
4   2023.
5   **IT IS SO ORDERED.**
6   Dated:   11/15/2023

*[signature]*
HAYWOOD S. GILLIAM, JR.
United States District Judge