# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| PACIFIC STEEL GROUP,<br><br>    Plaintiff,<br><br>    vs.<br><br>COMMERCIAL METALS COMPANY, *et al.*,<br><br>    Defendants. | Case No. 4:20-cv-07683-HSG<br><br>**ORDER SETTING HEARING ON MOTION TO STRIKE (as modified)** |

Having considered Plaintiff Pacific Steel Group's ("Pacific Steel") Unopposed Administrative Motion to Set Hearing on Motion to Strike, and good cause appearing, the Court hereby **GRANTS** the Administrative Motion. Accordingly, the Court **ORDERS** the following:

Pacific Steel's Motion to Strike Sur-Reply of Ramsey Shehadeh, Ph.D., which was filed with Defendants Commercial Metals Company *et al.*'s Reply Memorandum in Support of its Motion to Exclude Certain Testimony of Patrick F. Kennedy (Dkt. 205), shall be set for hearing on January 18, 2024 at 2:00 p.m. along with the Parties' summary judgment and *Daubert* motions. The February 15, 2024 hearing date is hereby vacated.

**IT IS SO ORDERED.**

DATED: 12/6/2023

                                                HAYWOOD S. GILLIAM, JR.
                                                United States District Judge