UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PACIFIC STEEL GROUP,<br><br>  Plaintiff,<br><br>  vs.<br><br>COMMERCIAL METALS COMPANY, *et al.*,<br><br>  Defendants. | Case No. 4:20-cv-07683-HSG<br><br>**ORDER TO REMOVE INADVERTENTLY FILED EXHIBIT** |

Having considered Plaintiff Pacific Steel Group's ("Pacific Steel") Unopposed Administrative Motion for Removal of Inadvertently Filed Exhibit, and good cause appearing, the Court hereby **GRANTS** the Motion. Accordingly, the Court **ORDERS** the following:

The document filed at Docket Entry 155-5 containing Exhibits 52-85 to the Gibbs Declaration in support of Pacific Steel's Motion for Summary Judgment as to Liability on Counts One (Conspiracy in Restraint of Trade) and Eight (Intentional Interference with Prospective Economic Advantage) shall be immediately and permanently removed from the docket by the clerk, and Pacific Steel shall promptly re-file Exhibits 52-85 with the replacement version of Exhibit 70.

**IT IS SO ORDERED.**

DATED:  12/11/2023

39522\16527657.1

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge