# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| PACIFIC STEEL GROUP, | Case No. 4:20-cv-07683-HSG |
| Plaintiff, | **ORDER TO REMOVE INADVERTENTLY FILED EXHIBITS** |
| v. | |
| COMMERCIAL METALS COMPANY, *et al.*, | |
| Defendants. | |

Having considered Defendants Commercial Metals Company, CMC Rebar West, and CMC Steel US, LLC's Administrative Motion for Removal of Inadvertently Filed Exhibits, and good cause appearing, the Court hereby **GRANTS** the Motion. Accordingly, the Court **ORDERS** the following:

The document filed at Docket Entry 161-46 containing Exhibit 44 to the Trujillo Declaration in Support of Defendants' Motion for Summary Judgment shall be immediately and permanently removed from the docket by the clerk, and CMC shall promptly re-file a replacement slipsheet of Dkt. 161-46 noting that Exhibit 44 is subject to a clawback request from PSG.

The document filed at Docket Entry 190-8 containing Exhibit 6 to the Costigan Declaration in Support of Defendants' Reply Memorandum in Support of Its Motion to Strike Certain Testimony of Patrick F. Kennedy shall be immediately and permanently removed from the docket by the clerk, and CMC shall promptly re-file a replacement slipsheet of Dkt. 190-8 noting that Exhibit 6 is subject to a clawback request from PSG.

The document filed at Docket Entry 161-1 shall be immediately and permanently removed from the docket by the clerk, and CMC shall promptly re-file a replacement version of Dkt. 161-1 with the sentence on page 9, footnote 12 citing to Docket Entry 161-46 redacted.

The document filed at Docket Entry 190-1 shall be immediately and permanently removed from the docket by the clerk, and CMC shall promptly re-file a replacement version of Dkt. 190-1 with the sentence on page 3, lines 7-8 citing to Docket Entry 190-8 redacted.

1    **IT IS SO ORDERED.**

2    Dated:    12/27/2023

3

4                                      Haywood S. Gilliam, Jr.
                                       United States District Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28