UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC STEEL GROUP,<br><br>Plaintiff,<br><br>v.<br><br>COMMERCIAL METALS COMPANY, et al.,<br><br>Defendants. | Case No. 20-cv-07683-HSG<br><br>**ORDER REGARDING MOTIONS TO SEAL** |

The parties have filed voluminous administrative motions to seal in this case. To streamline the Court's review of these motions, the Court **DIRECTS** the parties to meet and confer and file a single administrative motion to seal and proposed order that consolidates all motions to seal that remain pending, and satisfies Civil L.R. 79-5. The combined motion to seal should clearly identify the docket numbers of the prior motions to seal that are superseded by the combined motion. The parties should also clearly identify the docket numbers of any prior motions to seal that should be denied as moot.

The proposed order shall include a table that indicates for each item sought to be sealed: (1) the docket numbers of the public and provisionally sealed versions of documents sought to be filed under seal; (2) the name of the document; (3) the specific portion(s) of the document sought to be filed under seal; (4) the filer's comprehensive and specific reasons for seeking sealing of the material, along with citations to the relevant declarations and any supporting legal authority; and (5) whether the request for sealing is opposed.

//

//

//

The parties shall file the combined administrative motion to seal and proposed order by April 19, 2024. The parties shall also submit the proposed order in Word format by email to HSGcrd@cand.uscourts.gov on the same day the proposed order is e-filed.

**IT IS SO ORDERED.**

Dated: 4/10/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge

2