1

2

3

4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7    PACIFIC STEEL GROUP,                    Case No. 20-cv-07683-HSG

8              Plaintiff,                    **ORDER RE SEALING OF ORDER ON
                                             MOTION FOR SUMMARY
9         v.                                 JUDGMENT**

10   COMMERCIAL METALS COMPANY, et
     al.,
11
               Defendants.
12

13        The Court's order on the parties' motions for summary judgment, Dkt. No. 318, shall

14   remain under seal until **June 24, 2024 at noon**, after which it will be filed on the public docket.  If

15   the parties believe any references to confidential materials need to be redacted, the parties are

16   directed to file by **June 17, 2020 at noon** a joint proposed set of redactions along with a table for

17   each item sought to be sealed.  The table should also include corresponding citations to where the

18   material has already been sought to be sealed in the omnibus motion to seal and a particularized

19   explanation of compelling reasons to justify the redactions. The parties may file their joint

20   proposed set of redactions via an administrative motion to file under seal.

21   //

22   //

23   //

24   //

25   //

26   //

27   //

28   //

United States District Court
Northern District of California

1    The parties should not seek redaction of any information that does not meet the compelling

2    reasons standard under *Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172 (9th Cir. 2006),

3    for sealing an order on a dispositive motion.  While the Court's summary judgment order

4    highlights in yellow the material that appears to be subject to the parties' omnibus motion to seal,

5    the Court believes that little if anything in those passages meets the high standard set out in

6    *Kamakana*.  Accordingly, the Court's strong inclination is to issue the order with no redactions.

7    **IT IS SO ORDERED.**

8    Dated:    6/10/2024

9    
HAYWOOD S. GILLIAM, JR.

10    United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2