UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PACIFIC STEEL GROUP,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COMMERCIAL METALS COMPANY, et al.,<br><br>　　　　Defendants. | Case No. 4:20-cv-07683-HSG<br><br>**STIPULATION AND ORDER TO MOVE PRETRIAL CONFERENCE; ORDER (as modified)**<br><br>The Hon. Haywood S. Gilliam, Jr.<br><br>Action Filed:　October 30, 2020<br>Trial Date:　　October 21, 2024 |

STIPULATION & ORDER TO MOVE PRETRIAL CONFERENCE-
Case No. 4:20-cv-07683-HSG

# STIPULATION

Pursuant to Civil Local Rule 6-2, Plaintiff Pacific Steel Group ("Plaintiff") and Defendants Commercial Metals Company, CMC Steel Fabricators, Inc., and CMC Steel US, LLC (collectively, "Defendants" and together with Plaintiff the "Parties"), by and through their undersigned counsel, respectfully request that the Court enter the Parties' below stipulation moving the date of the Pretrial Conference from July 16, 2024 to July 30, 2024.

WHEREAS, at the June 11, 2024 Case Management Conference, the Court set the Pretrial Conference for July 16, 2024 and the trial for October 21, 2024 (Dkt. No. 340);

WHEREAS, lead counsel for Plaintiff has a scheduling conflict on July 16, 2024 and would not be able to attend the Pretrial Conference;

WHEREAS, to accommodate Plaintiff's scheduling conflict, the Parties have agreed to move the Pretrial Conference to July 30, 2024;

WHEREAS, the Parties already have filed all of the pretrial filings required under the Civil Pretrial and Trial Standing Order for Cases Before District Judge Haywood S. Gilliam, Jr. ¶¶ 7-15, such that no other deadlines will be altered or otherwise impacted by this change; and

WHEREAS, the Parties have scheduled mediation with Gregory P. Lindstrom, who previously conducted Court-ordered mediation with the parties, to occur before July 30, 2024, as set forth in the supporting Declaration of Michelle Kao filed concurrently herewith.

THEREFORE, IT IS HEREBY AGREED AND STIPULATED that the Pretrial Conference shall be reset to July 30, 2024, at 3:00 p.m.

IT IS SO STIPULATED.

//
//
//
//
//
//
//

| | | |
|---|---|---|
| 1 | Dated:   June 17, 2024 | Dated:   June 17, 2024 |
| 2 | | |
| 3 | By:   /s/ Christopher C. Wheeler<br>Christopher C. Wheeler (SBN 224872) | By:   /s/ Steven Bizar<br>Steven Bizar (*pro hac vice*) |
| 4 | Cameron J. Gibbs (SBN 346524)<br>FARELLA BRAUN + MARTEL LLP | Agnese Nadalini (*pro hac vice*)<br>David Costigan (*pro hac vice*) |
| 5 | One Bush Street, Suite 900<br>San Francisco, CA 94104 | DECHERT LLP<br>2929 Arch St. |
| 6 | Telephone: (415) 954-4400<br>Facsimile: (415) 954-4480 | Philadelphia, PA 19104<br>Telephone: 215.994.4000 |
| 7 | cwheeler@fbm.com<br>cgibbs@fbm.com | Facsimile: 215.994.2222<br>Email: steven.bizar@dechert.com |
| 8 | Benjamin D. Brown (SBN 202545) | Email: agnese.nadalini@dechert.com<br>Email: david.costigan@dechert.com |
| 9 | Daniel McCuaig (*pro hac vice*)<br>Nathaniel D. Regenold (*pro hac vice*) | Shari Ross Lahlou (*pro hac vice*) |
| 10 | COHEN MILSTEIN SELLERS<br>& TOLL PLLC | Nathan Richardson (*pro hac vice*)<br>DECHERT LLP |
| 11 | 1100 New York Ave., NW, Fifth Floor<br>Washington, DC 20005 | 1900 K Street, NW<br>Washington, DC 20006 |
| 12 | Telephone: (202) 408-4600<br>Facsimile: (202) 408-4699 | Telephone: 202.261.3300<br>Facsimile: 202.261.3333 |
| 13 | bbrown@cohenmilstein.com<br>dmccuaig@cohenmilstein.com | Email: shari.lahlou@dechert.com<br>Email: nathan.richardson@dechert.com |
| 14 | nregenold@cohenmilstein.com | Joseph Trujillo (SBN 305170) |
| 15 | William C. Price (SBN 108542)<br>Rachael L. McCracken (SBN 252660) | DECHERT LLP<br>45 Fremont St., 26th Floor |
| 16 | QUINN EMANUEL URQUHART &<br>        SULLIVAN, LLP | San Francisco, California 94105<br>Telephone: 415.262.4500 |
| 17 | 865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017 | Facsimile: 415.262.4555<br>Email: joseph trujillo@dechert.com |
| 18 | Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 | By:   /s/ Bonnie Lau |
| 19 | williamprice@quinnemanuel.com<br>rachaelmccracken@quinnemanuel.com | Bonnie Lau (SBN 246188)<br>Lena Gankin (SBN 333047) |
| 20 | Steig D. Olson (*pro hac vice*) | MORRISON & FOERSTER LLP<br>425 Market Street |
| 21 | Nic Siebert (*pro hac vice*)<br>QUINN EMANUEL URQUHART & | San Francisco, California 94105-2482<br>Telephone: 415.268.7000 |
| 22 |         SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor | Facsimile: 415.268.7522<br>Email: blau@mofo.com |
| 23 | New York, NY 10010<br>Telephone: (212) 849-7000 | *Attorneys for Defendants* |
| 24 | Facsimile: (212) 849-7100<br>steigolson@quinnemanuel.com | *Commercial Metals Company;*<br>*CMC Rebar West;* |
| 25 | nicolassiebert@quinnemanuel.com | *CMC Steel US, LLC* |
| 26 | *Attorneys for Plaintiff Pacific Steel Group* | |
| 27 | | |
| 28 | | |

STIPULATION & ORDER TO MOVE PRETRIAL
CONFERENCE –
Case No. 4:20-cv-07683-HSG

2

**ECF ATTESTATION**

I, Christopher C. Wheeler, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED ORDER] TO MOVE PRETRIAL CONFERENCE. In accordance with Civil Local Rule 5-1, concurrence in the filing of this document has been obtained from each of the other signatories, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Dated:   June 17, 2024                         FARELLA BRAUN + MARTEL LLP


                                               By:   /s/ Christopher C. Wheeler
                                                     Christopher C. Wheeler

**ORDER**

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.   The 7/16 hearings on the motions in limine are also continued to 7/30 at 3:00 p.m.

**IT IS SO ORDERED.**

Dated:    6/17/2024

_____
The Honorable Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE