UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PACIFIC STEEL GROUP,<br><br>    Plaintiff,<br><br>    vs.<br><br>COMMERCIAL METALS COMPANY, et al.,<br><br>    Defendants. | Case No. 4:20-cv-07683-HSG<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REVISED JOINT OMNIBUS ADMINISTRATIVE MOTION TO SEAL**<br><br>The Hon. Haywood S. Gilliam, Jr.<br><br>Action Filed:   October 30, 2020<br>Trial Date:      October 21, 2024 |

# STIPULATION

Pursuant to Civil Local Rule 6-2, Plaintiff Pacific Steel Group ("Plaintiff") and Defendants Commercial Metals Company, CMC Steel Fabricators, Inc., and CMC Steel US, LLC (collectively, "Defendants" and together with Plaintiff, the "Parties"), by and through their undersigned counsel, respectfully request that the Court enter the Parties' below stipulation extending the deadline to file a revised Joint Omnibus Administrative Motion to Seal from July 9, 2024 to July 19, 2024.

WHEREAS, on April 19, 2024, the Parties filed a Joint Omnibus Administrative Motion to Seal (Dkt. No. 289) pursuant to the Court's April 10, 2024 Order Regarding Motions to Seal (Dkt. No. 286) directing the parties to file a single administrative motion to seal and proposed order consolidating all motions to seal that were then pending;

WHEREAS, on July 2, 2024, the Court directed the Parties to meet and confer and reconsider their sealing requests in light of the "compelling reasons" standard under *Kamakana v. City & County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), and ordered the Parties to file either a revised Joint Omnibus Administrative Motion to Seal that has more narrowly tailored requests for sealing/redactions or a joint statement explaining why the current omnibus motion meets the "compelling reasons" standard (Dkt. No. 354);

WHEREAS, on July 2, 2024, counsel for the Parties met and conferred and agreed to file a revised Joint Omnibus Administrative Motion to Seal that more narrowly tailors the Parties' requests for sealing/redactions to meet the "compelling reasons" standard;

WHEREAS, for the convenience of the Court, counsel for the Parties further agreed that the revised Joint Omnibus Administrative Motion to Seal would include any requests for sealing/redactions for information filed in connection with the Parties' respective motions *in limine* (Dkt. Nos. 308, 314, 334, 339) which were filed after the Parties' April 19, 2024 Joint Omnibus Administrative Motion to Seal;

WHEREAS, counsel for the Parties have begun to confer with their respective clients to more narrowly tailor the Parties' requests for sealing/redactions to meet the "compelling reasons" standard;

1    WHEREAS, counsel for the Parties have begun to confer with pertinent third parties
2 regarding more narrowly tailoring their requests for sealing/redactions to meet the "compelling
3 reasons" standard;
4    WHEREAS, the Parties, pertinent third parties, and their respective counsel have limited
5 availability prior to July 9, 2024, given scheduling conflicts around the Fourth of July holiday;
6    WHEREAS, the Parties have agreed to extend the deadline for filing the revised Joint
7 Omnibus Administrative Motion to Seal to July 19, 2024, to accommodate the Parties', pertinent
8 third parties', and their respective counsels' scheduling conflicts and to provide sufficient time for
9 the Parties and pertinent third parties to review and narrowly tailor their requests for
10 sealing/redactions to meet the "compelling reasons" standard;
11    WHEREAS, no other deadlines will be altered or otherwise impacted by this extension, as
12 set forth in the Declaration of Michelle Kao filed concurrently herewith; and
13    THEREFORE, IT IS HEREBY AGREED AND STIPULATED that the deadline to file a
14 revised Joint Omnibus Administrative Motion to Seal shall be reset to July 19, 2024.
15    IT IS SO STIPULATED.
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

STIPULATION & ORDER TO EXTEND
DEADLINE RE SEALING MOTION
Case No. 4:20-cv-07683-HSG

2

| | | |
|---|---|---|
| 1 | Dated: July 2, 2024 | Dated: July 2, 2024 |
| 2 | | |
| 3 | By:   /s/ Christopher C. Wheeler<br>Christopher C. Wheeler (SBN 224872) | By:   /s/ Steven Bizar<br>Steven Bizar (*pro hac vice*) |
| 4 | Cameron J. Gibbs (SBN 346524)<br>FARELLA BRAUN + MARTEL LLP | Agnese Nadalini (*pro hac vice*)<br>David Costigan (*pro hac vice*) |
| 5 | One Bush Street, Suite 900<br>San Francisco, CA 94104 | DECHERT LLP<br>2929 Arch St. |
| 6 | Telephone: (415) 954-4400<br>Facsimile: (415) 954-4480 | Philadelphia, PA 19104<br>Telephone: 215.994.4000 |
| 7 | cwheeler@fbm.com<br>cgibbs@fbm.com | Facsimile: 215.994.2222<br>Email: steven.bizar@dechert.com |
| 8 | | Email: agnese.nadalini@dechert.com<br>Email: david.costigan@dechert.com |
|   | Benjamin D. Brown (SBN 202545)<br>Daniel McCuaig (*pro hac vice*) | |
| 9 | Nathaniel D. Regenold (*pro hac vice*) | Shari Ross Lahlou (*pro hac vice*) |
| 10 | COHEN MILSTEIN SELLERS<br>   & TOLL PLLC | Nathan Richardson (*pro hac vice*)<br>DECHERT LLP |
| 11 | 1100 New York Ave., NW, Fifth Floor<br>Washington, DC 20005 | 1900 K Street, NW<br>Washington, DC 20006 |
| 12 | Telephone: (202) 408-4600<br>Facsimile: (202) 408-4699 | Telephone: 202.261.3300<br>Facsimile: 202.261.3333 |
| 13 | bbrown@cohenmilstein.com<br>dmccuaig@cohenmilstein.com | Email: shari.lahlou@dechert.com<br>Email: nathan.richardson@dechert.com |
| 14 | nregenold@cohenmilstein.com | |
|   | | Joseph Trujillo (SBN 305170) |
| 15 | William C. Price (SBN 108542) | DECHERT LLP |
|   | Rachael L. McCracken (SBN 252660) | 45 Fremont St., 26th Floor |
| 16 | QUINN EMANUEL URQUHART &<br>       SULLIVAN, LLP | San Francisco, California 94105<br>Telephone: 415.262.4500 |
| 17 | 865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017 | Facsimile: 415.262.4555<br>Email: joseph_trujillo@dechert.com |
| 18 | Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 | By:   /s/ Bonnie Lau |
| 19 | williamprice@quinnemanuel.com<br>rachaelmccracken@quinnemanuel.com | Bonnie Lau (SBN 246188)<br>Lena Gankin (SBN 333047) |
| 20 | | MORRISON & FOERSTER LLP<br>425 Market Street |
|   | Steig D. Olson (*pro hac vice*) | San Francisco, California 94105-2482 |
| 21 | Nic Siebert (*pro hac vice*)<br>QUINN EMANUEL URQUHART & | Telephone: 415.268.7000<br>Facsimile: 415.268.7522 |
| 22 |        SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor | Email: blau@mofo.com |
| 23 | New York, NY 10010<br>Telephone: (212) 849-7000 | *Attorneys for Defendants* |
| 24 | Facsimile: (212) 849-7100<br>steigolson@quinnemanuel.com | *Commercial Metals Company;*<br>*CMC Rebar West;* |
| 25 | nicolassiebert@quinnemanuel.com | *CMC Steel US, LLC* |
| 26 | *Attorneys for Plaintiff Pacific Steel Group* | |
| 27 | | |
| 28 | | |

STIPULATION &ORDER TO EXTEND       3
DEADLINE RE SEALING MOTION
Case No. 4:20-cv-07683-HSG

**ECF ATTESTATION**

I, Christopher C. Wheeler, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED ORDER] TO EXTEND DEADLINE TO FILE REVISED JOINT OMNIBUS ADMINISTRATIVE MOTION TO SEAL.  In accordance with Civil Local Rule 5-1, concurrence in the filing of this document has been obtained from each of the other signatories, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Dated:   July 2, 2024                    FARELLA BRAUN + MARTEL LLP


                                       By:    /s/ Christopher C. Wheeler
                                                Christopher C. Wheeler

# ORDER

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

**IT IS SO ORDERED.**

Dated: 7/3/2024

_____
The Honorable Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE