**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| PACIFIC STEEL GROUP,<br>Plaintiff,<br>vs.<br>COMMERCIAL METALS COMPANY, et al.,<br>Defendants. | Case No. 4:20-cv-07683-HSG<br>**STIPULATION AND ORDER TO SET THE SECOND PRETRIAL CONFERENCE (as modified)**<br>The Hon. Haywood S. Gilliam, Jr.<br>Action Filed: October 30, 2020<br>Trial Date: October 21, 2024 |

**STIPULATION**

Pursuant to the Court's order during the July 30, 2024 Pretrial Conference and Motion Hearing directing the parties to meet and confer regarding a further pretrial conference date to discuss jury instructions (Dkt. No. 363), Plaintiff Pacific Steel Group ("Plaintiff") and Defendants Commercial Metals Company, CMC Steel Fabricators, Inc., and CMC Steel US, LLC (collectively, "Defendants," and together with Plaintiff, the "Parties"), by and through their undersigned counsel, respectfully request that the Court enter the Parties' below stipulation setting the date of the Second Pretrial Conference for either September 3 or October 1, 2024, at the Court's convenience.

WHEREAS, at the July 30, 2024 Pretrial Conference and Motion Hearing, the Court directed the Parties to meet and confer regarding a further pretrial conference date in mid-September 2024 to discuss jury instructions (Dkt. No. 363);

WHEREAS, lead counsel for the Parties have scheduling conflicts on September 10, 17, and 24, 2024, and would be unable to attend a Second Pretrial Conference set for those dates;

WHEREAS, lead counsel for the Parties are available on September 3 and October 1, 2024, for a Second Pretrial Conference;

WHEREAS, to accommodate their scheduling conflicts, the Parties have agreed to set the Second Pretrial Conference for either September 3 or October 1, 2024, at the Court's convenience; and

WHEREAS, the Parties already have filed all the pretrial filings required under the Civil Pretrial and Trial Standing Order for Cases Before District Judge Haywood S. Gilliam, Jr. ¶¶ 7-15, such that no other deadlines will be altered or otherwise impacted by this change, as set forth in the supporting Declaration of Michelle Kao filed concurrently herewith.

THEREFORE, IT IS HEREBY AGREED AND STIPULATED that the Second Pretrial Conference shall be set for either September 3 or October 1, 2024, at 3:00 p.m. PT, at the Court's convenience.

IT IS SO STIPULATED.

//

//

Dated: August 9, 2024

By: /s/ Christopher C. Wheeler

Christopher C. Wheeler (SBN 224872)
Cameron J. Gibbs (SBN 346524)
FARELLA BRAUN + MARTEL LLP
One Bush Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
cwheeler@fbm.com
cgibbs@fbm.com

Benjamin D. Brown (SBN 202545)
Daniel McCuaig (*pro hac vice*)
Nathaniel D. Regenold (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave., NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
bbrown@cohenmilstein.com
dmccuaig@cohenmilstein.com
nregenold@cohenmilstein.com

William C. Price (SBN 108542)
Rachael L. McCracken (SBN 252660)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
williamprice@quinnemanuel.com
rachaelmccracken@quinnemanuel.com

Steig D. Olson (*pro hac vice*)
Nic Siebert (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
steigolson@quinnemanuel.com
nicolassiebert@quinnemanuel.com

*Attorneys for Plaintiff Pacific Steel Group*

Dated: August 9, 2024

By: /s/ Steven Bizar

Steven Bizar (*pro hac vice*)
Agnese Nadalini (*pro hac vice*)
David Costigan (*pro hac vice*)
DECHERT LLP
2929 Arch St.
Philadelphia, PA 19104
Telephone: 215.994.4000
Facsimile: 215.994.2222
Email: steven.bizar@dechert.com
Email: agnese.nadalini@dechert.com
Email: david.costigan@dechert.com

Shari Ross Lahlou (*pro hac vice)*
Nathan Richardson (*pro hac vice*)
DECHERT LLP
1900 K Street, NW
Washington, DC 20006
Telephone: 202.261.3300
Facsimile: 202.261.3333
Email: shari.lahlou@dechert.com
Email: nathan.richardson@dechert.com

Joseph Trujillo (SBN 305170)
DECHERT LLP
45 Fremont St., 26th Floor
San Francisco, California 94105
Telephone: 415.262.4500
Facsimile: 415.262.4555
Email: joseph trujillo@dechert.com

By: /s/ Bonnie Lau

Bonnie Lau (SBN 246188)
Lena Gankin (SBN 333047)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
Email: blau@mofo.com

*Attorneys for Defendants Commercial Metals Company; CMC Rebar West; CMC Steel US, LLC*

**ECF ATTESTATION**

I, Christopher C. Wheeler, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED ORDER] TO SET THE SECOND PRETRIAL CONFERENCE. In accordance with Civil Local Rule 5-1, concurrence in the filing of this document has been obtained from each of the other signatories, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Dated:   August 9, 2024             FARELLA BRAUN + MARTEL LLP

                                    By:   /s/ Christopher C. Wheeler
                                          Christopher C. Wheeler

**ORDER**

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED. The Second Pretrial Conference is set for October 1, 2024, at 10:00 a.m. PT.

**IT IS SO ORDERED.**

Dated: 8/9/2024

The Honorable Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE