# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| PACIFIC STEEL GROUP,<br><br>    Plaintiff,<br><br>    vs.<br><br>COMMERCIAL METALS COMPANY, et al.,<br><br>    Defendants. | Case No. 4:20-cv-07683-HSG<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE PUBLIC VERSIONS OF DOCUMENTS PURSUANT TO DOCKET NO. 367**<br><br>Hon. Haywood S. Gilliam, Jr.<br><br>Action Filed:  October 30, 2020<br>Trial Date:     October 21, 2024 |

# STIPULATION

Pursuant to Civil Local Rule 6-2, Plaintiff Pacific Steel Group ("Plaintiff") and Defendants Commercial Metals Company, CMC Steel Fabricators, Inc., and CMC Steel US, LLC (collectively, "Defendants" and together with Plaintiff, the "Parties"), by and through their undersigned counsel, respectfully request that the Court extend the deadline from August 19, 2024 to August 26, 2024 for the Parties to comply with the Court's August 9, 2024 Order (Dkt. No. 367) to file public versions of all documents not contemplated by the Parties' revised omnibus sealing motion.

WHEREAS, on April 19, 2024, the Parties filed a Joint Omnibus Administrative Motion to Seal (Dkt. No. 289) pursuant to the Court's April 10, 2024 Order Regarding Motions to Seal directing the parties to file a single administrative motion to seal and proposed order consolidating all motions to seal that were then pending (Dkt. No. 286);

WHEREAS, on July 1, 2024, the Court ordered the Parties to file a "revised omnibus sealing order that ha[d] more narrowly tailored requests for sealing/redactions." (Dkt. No. 353);

WHEREAS, on July 19, 2024, the Parties filed a revised Joint Omnibus Administrative Motion to Seal (Dkt. No. 359);

WHEREAS, on August 9, 2024, the Court granted the Parties' revised Joint Omnibus Administrative Motion to Seal and directed the Parties "to file public versions of all documents not contemplated by the revised omnibus motion on the docket no later than August 19, 2024." (Dkt. No. 367);

WHEREAS, given the significant number of documents contemplated to be filed pursuant to the Court's August 9, 2024 Order, and given the need to confer with multiple third parties to confirm the scope of their sealing and redactions, the Parties have met and conferred and agreed to extend the deadline for filing public versions of all documents not contemplated by the revised omnibus motion by one week to August 26, 2024;

WHEREAS, no other deadlines will be altered or otherwise impacted by this extension; and

1  THEREFORE, IT IS HEREBY AGREED AND STIPULATED that the deadline to file public versions of all documents not contemplated by the revised omnibus motion pursuant to Dkt. No. 367 shall be extended to August 26, 2024.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:   August 15, 2024 | Dated:   August 15, 2024 |
| By:   /s/ Michelle Kao<br>Christopher C. Wheeler (SBN 224872)<br>Cameron J. Gibbs (SBN 346524)<br>Michelle Kao (SBN 322758)<br>FARELLA BRAUN + MARTEL LLP<br>One Bush Street, Suite 900<br>San Francisco, CA 94104<br>Telephone: (415) 954-4400<br>Facsimile: (415) 954-4480<br>cwheeler@fbm.com<br>cgibbs@fbm.com<br>mkao@fbn.com<br><br>Benjamin D. Brown (SBN 202545)<br>Daniel McCuaig (*pro hac vice*)<br>Nathaniel D. Regenold (*pro hac vice*)<br>COHEN MILSTEIN SELLERS<br>& TOLL PLLC<br>1100 New York Ave., NW, Fifth Floor<br>Washington, DC 20005<br>Telephone: (202) 408-4600<br>Facsimile: (202) 408-4699<br>bbrown@cohenmilstein.com<br>dmccuaig@cohenmilstein.com<br>nregenold@cohenmilstein.com<br><br>William C. Price (SBN 108542)<br>Rachael L. McCracken (SBN 252660)<br>QUINN EMANUEL URQUHART &<br>  SULLIVAN, LLP<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br>williamprice@quinnemanuel.com<br>rachaelmccracken@quinnemanuel.com<br><br>Steig D. Olson (*pro hac vice*)<br>Nic Siebert (*pro hac vice*)<br>QUINN EMANUEL URQUHART &<br>  SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000 | By:   /s/ Bonnie Lau<br>Bonnie Lau (SBN 246188)<br>Lena Gankin (SBN 333047)<br>Michelle Sosa-Acosta (SBN 330776)<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: 415.268.7000<br>Facsimile: 415.268.7522<br>Email: blau@mofo.com<br><br>Steven Bizar (*pro hac vice*)<br>Agnese Nadalini (*pro hac vice*)<br>David Costigan (*pro hac vice*)<br>DECHERT LLP<br>2929 Arch St.<br>Philadelphia, PA 19104<br>Telephone: 215.994.4000<br>Facsimile: 215.994.2222<br>Email: steven.bizar@dechert.com<br>Email: agnese.nadalini@dechert.com<br>Email: david.costigan@dechert.com<br><br>Shari Ross Lahlou (*pro hac vice*)<br>Nathan Richardson (*pro hac vice*)<br>DECHERT LLP<br>1900 K Street, NW<br>Washington, DC 20006<br>Telephone: 202.261.3300<br>Facsimile: 202.261.3333<br>Email: shari.lahlou@dechert.com<br>Email: nathan.richardson@dechert.com<br><br>Joseph Trujillo (SBN 305170)<br>DECHERT LLP<br>45 Fremont St., 26th Floor<br>San Francisco, California 94105<br>Telephone: 415.262.4500<br>Facsimile: 415.262.4555<br>Email: joseph.trujillo@dechert.com<br><br>*Attorneys for Defendants*<br>*Commercial Metals Company;*<br>*CMC Rebar West;* |

STIPULATION & ORDER TO EXTEND DEADLINE TO
FILE PUBLIC VERSIONS OF DOCUMENTS
Case No. 4:20-cv-07683-HSG

2

1  Facsimile: (212) 849-7100                           *CMC Steel US, LLC*
   steigolson@quinnemanuel.com
2  nicolassiebert@quinnemanuel.com

3  *Attorneys for Plaintiff Pacific Steel Group*

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION & ORDER TO EXTEND DEADLINE TO                            3
FILE PUBLIC VERSIONS OF DOCUMENTS
Case No. 4:20-cv-07683-HSG

**ECF ATTESTATION**

I, Bonnie Lau, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED ORDER] TO EXTEND DEADLINE TO FILE PUBLIC VERSIONS OF DOCUMENTS PURSUANT TO DOCKET NO. 367. In accordance with Civil Local Rule 5-1, concurrence in the filing of this document has been obtained from each of the other signatories, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Dated:   August 15, 2024                         Morrison & Foerster LLP


                                                 By:   /s/ Bonnie Lau
                                                       Bonnie Lau

**ORDER**

Pursuant to stipulation and for good cause shown, the deadline to file public versions of all documents not contemplated by the revised omnibus motion pursuant to Dkt. No. 367 shall be extended to August 26, 2024.

**IT IS SO ORDERED.**

Dated:   8/16/2024

_____
The Honorable Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE