UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PACIFIC STEEL GROUP,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COMMERCIAL METALS COMPANY, et al.,<br><br>　　　　Defendants. | Case No. 4:20-cv-07683-HSG<br><br>**ORDER GRANTING PLAINTIFF PACIFIC STEEL GROUP'S UNOPPOSED MOTION TO VOLUNTARILY DISMISS CERTAIN COUNTS FROM FIRST AMENDED COMPLAINT WITH PREJUDICE**<br><br>The Honorable Haywood S. Gilliam<br>Action Filed:　October 30, 2020<br>Trial Date:　　October 21, 2024 |

　　　　Before the Court is Plaintiff Pacific Steel Group's ("Pacific Steel") Unopposed Motion to Dismiss Certain Counts From First Amended Complaint With Prejudice. Having considered all papers filed in connection with this Motion, and good cause appearing, the Court hereby GRANTS Pacific Steel's Motion. The following counts in the First Amended Complaint, Dkt. 76 ("FAC"), are dismissed with prejudice:

- Count Two: Monopolization, 15 U.S.C. § 2 (FAC ¶¶ 153-59);
- Count Four: Conspiracy to Monopolize, 15 U.S.C. §§ 1, 2; Cal. Bus. & Prof. Code § 16720 (FAC ¶¶ 167-72);
- Count Seven: Unlawful & Unfair Business Practices, Cal. Bus. & Prof. Code § 17200 (FAC ¶¶ 183-89); and
- Count Eight: Interference with Prospective Economic Advantage, California Common Law (FAC ¶¶ 190-94)

　　　　The Parties shall not reference or make argument regarding the dismissal of these claims at trial.

　　　　**IT IS SO ORDERED.**

ORDER GRANTING UNOPPOSED MOTION TO VOLUNTARILY DISMISS CERTAIN COUNTS FROM FIRST AMENDED COMPLAINT -Case No. 4:20-cv-07683-HSG

1   DATED:  10/3/2024

_____
THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

ORDER GRANTING UNOPPOSED MOTION TO VOLUNTARILY DISMISS CERTAIN CLAIMS FROM FIRST AMENDED COMPLAINT -Case No. 4:20-cv-07683-HSG

2