**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| PACIFIC STEEL GROUP,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMERCIAL METALS COMPANY, et al.,<br><br>　　　　Defendants. | Case No. 4:20-cv-07683-HSG<br><br>**ORDER GRANTING JOINT STIPULATION REQUESTING LEAVE TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM FOR USE DURING TRIAL**<br><br>Trial Date:　October 21, 2024<br>Time:　　　 8:30 a.m.<br>Crtrm:　　　2 – 4th Floor<br>Judge:　　　Hon. Haywood S. Gilliam, Jr. |

In connection with the upcoming trial before the Court in the above-captioned matter, starting Monday, October 21, 2024, at 8:30 a.m., and for testing on Thursday, October 17, 2024, at 12:00 p.m., Defendants' counsel is hereby permitted to bring the following equipment into this Court:

1. 2 Tech tables (18" x 60") with table skirts (for trial techs);
2. 5 Laptop presentation computers (for trial techs);
3. Laptops or tablet computers (for attorneys and paralegals);
4. 1 Roland video switch (controls which tech/computer is displayed to the Court);
5. 3 External monitors (for trial techs);
6. 1 External keyboard;
7. 2 External computer mice;
8. 2 Printers;
9. 2 Remote clickers for presentations;
10. 4 MiFi portable internet devices (for back-up Internet access);
11. 3 Phones (for trial techs);
12. Phones (for attorneys and paralegals);
13. Residue-free gaffer tape;
14. Power cord(s) and cabling for use with laptops, tablets, and/or projection and audio equipment will need to be brought in, wired, tested, and carefully taped with residue-free gaffer tape so that walkways and workstations are unobstructed;
15. Power strip(s);
16. HDMI switch;
17. Boxes containing documents and binders;
18. Cases of bottled water;
19. Rolling bookshelves for storing documents and binders; and
20. Easel(s) and flip pad(s).

1  IT IS SO ORDERED.

2

3  Dated:    10/11/2024

4
   Honorable Haywood S. Gilliam, Jr.