UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC STEEL GROUP,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMERCIAL METALS COMPANY, et al.,<br><br>　　　　　Defendants. | Case No. 20-cv-07683-HSG<br><br>**ORDER FOR JURY MEALS DURING DELIBERATIONS** |

　　IT IS HEREBY ORDERED that, pursuant to the Guide to Judiciary Policy, the Clerk's Office shall furnish lunch for the members of the jury for each day the jury is in deliberations.

　　IT IS SO ORDERED.

Dated: 10/15/2024

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge

*Rev.03/19*