UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC STEEL GROUP,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMERCIAL METALS COMPANY, et al.,<br><br>    Defendants. | Case No. 20-cv-07683-HSG<br><br>**ORDER SEALING NON-PARTY INFORMATION AT TRIAL (TX0070)**<br><br>Re: Dkt. No. 445 |

This Order pertains to non-party Danieli Corporation's ("Danieli") administrative motion to seal certain confidential materials Pacific Steel Group ("Plaintiff") and CMC and its subsidiaries ("Defendants") intend to use at trial, Dkt. No. 445. As the Court explained in its prior sealing order, the Court plans to address the particular exhibits any third-party motion seeks to seal if and when it becomes clear that the parties plan to actually introduce them at trial. *See* Dkt. No. 458 at 1, 4.

On October 25, 2024, Plaintiff notified the Court that it plans to introduce exhibit number TX0070 at trial (identified at Bates numbers CMC_0000406301 to CMC_0000406305). *See* Dkt. No. 440-1 at 8. Danieli's motion seeks to seal limited portions of this exhibit that contain the company's nonpublic pricing terms, and to seal any similar information introduced at trial. *See* Dkt. No. 445 at 8. The Court previously held in its prior Order that this kind of confidential commercial pricing information meets the "compelling reasons" standard for sealing evidence at trial, *see* Dkt. No. 458 at 3, and adopts that reasoning here.

The Court therefore **GRANTS** Danieli's motion to seal the identified information in trial exhibit TX0070. Only a version of the exhibit with this information redacted will be disclosed to

the public at or after trial. The Court will also seal from the public any testimony regarding the sealed information contained in the exhibit. The Court will continue to address any other documents any non-party seeks to seal if and when the parties confirm on a rolling basis that they intend to use them at trial.

**IT IS SO ORDERED.**

Dated: 10/25/2024

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Haywood S. Gilliam, Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge