UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC STEEL GROUP,<br><br>    Plaintiff,<br><br>v.<br><br>COMMERCIAL METALS COMPANY, et al.,<br><br>    Defendants. | Case No. 20-cv-07683-HSG<br><br>**ORDER SEALING NON-PARTY INFORMATION AT TRIAL (TX0043, TX0356, TX0396, TX0773)**<br><br>Re: Dkt. No. 445 |

    This Order pertains to non-party Danieli Corporation's ("Danieli") administrative motion to seal certain confidential materials Pacific Steel Group ("Plaintiff") and CMC and its subsidiaries ("Defendants") intend to use at trial, Dkt. No. 445. As the Court explained in its prior sealing order, the Court plans to address the particular exhibits any third-party motion seeks to seal if and when it becomes clear that the parties plan to actually introduce them at trial. *See* Dkt. No. 458 at 1, 4.

    Plaintiff notified the Court that it planned to introduce the following exhibits at trial: TX0043 (PSG-00047477–PSG-00047500); TX0356 (Bates Nos. PSG-00230237–PSG-00230249); TX0396 (Bates Nos. PSG-00354582–PSG-00354598); and TX0773 (Bates Nos. PSG-00247524–PSG-00247545). *See* Dkt. No. 440-1 at 6, 26, 30, 55. Danieli's motion seeks to seal limited portions of these exhibits that contain the company's nonpublic pricing terms, and to seal any similar information introduced at trial. *See* Dkt. No. 445 at 15, 19, 21, 20. The Court previously held in its prior Order that this kind of confidential commercial pricing information meets the "compelling reasons" standard for sealing evidence at trial, *see* Dkt. No. 458 at 3, and adopts that reasoning here.

    The Court therefore **GRANTS** Danieli's motion to seal the identified information in trial

1   exhibits TX0043, TX0356, TX0396, and TX0773.  Only a version of the exhibit with this

2   information redacted will be disclosed to the public at or after trial.  The Court will also seal from

3   the public any testimony regarding the sealed information contained in the exhibit.  The Court will

4   continue to address any other documents any non-party seeks to seal if and when the parties

5   confirm on a rolling basis that they intend to use them at trial.

6   **IT IS SO ORDERED.**

7   Dated:    10/28/2024

8
9   HAYWOOD S. GILLIAM, JR.
    United States District Judge