UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC STEEL GROUP,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMERCIAL METALS COMPANY, et al.,<br><br>  Defendants. | Case No. 20-cv-07683-HSG<br><br>**ORDER SEALING NON-PARTY INFORMATION AT TRIAL (TX0807)**<br><br>Re: Dkt. No. 444 |

This Order pertains to non-party Nucor Corporation's ("Nucor") administrative motion to seal certain confidential materials Pacific Steel Group ("Plaintiff") and CMC and its subsidiaries ("Defendants") intend to use at trial, Dkt. No. 444. As the Court explained in its prior sealing order, the Court plans to address the particular exhibits any third-party motion seeks to seal if and when it becomes clear that the parties plan to actually introduce them at trial. *See* Dkt. No. 458 at 1, 4.

Defendants notified the Court that they plan to introduce trial exhibit TX807 (Bates Nos. NUCOR-CMCPSG-000001–NUCOR-CMCPSG-000034). *See* Dkt. No. 440-1 at 57. Nucor's motion seeks to seal portions of this document that it describes as an internal business strategy presentation "outlining potential strategies for Nucor to best its competitors." *See* Dkt. No. 444 at 6. The Court previously discussed the "compelling reasons" standard for sealing evidence at trial, *see* Dkt. No. 458 at 3, and adopts that standard here. The Court finds that this presentation satisfies the standard for sealing because it contains confidential and proprietary business information, and the public disclosure of such information could result in improper use by business competitors. *See Hyams v. CVS Health Corp.*, No. 18-CV-06278-HSG, 2023 WL 2960009, at *2 (N.D. Cal. Mar. 15, 2023).

The Court therefore **GRANTS** Nucor's motion to seal the identified information in trial exhibits TX0807.  Only a version of the exhibit with this information redacted will be disclosed to the public at or after trial.  The Court will also seal from the public any testimony regarding the sealed information contained in the exhibit.  The Court will continue to address any other documents any non-party seeks to seal if and when the parties confirm on a rolling basis that they intend to use them at trial.

**IT IS SO ORDERED.**

Dated:    10/29/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge