# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC STEEL GROUP,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMERCIAL METALS COMPANY, et al.,<br><br>　　　　Defendants. | Case No. 20-cv-07683-HSG<br><br>**ORDER SEALING PORTION OF TRIAL EXHIBIT 450**<br><br>Re: Dkt. No. 502 |

　　　Before the Court is Plaintiff Pacific Steel Group's administrative motion to seal a commercially sensitive interest rate figure in Trial Exhibit 450. *See* Dkt. No. 502. Defendant Commercial Metals Company takes no position on the motion. *See* Dkt. No. 507.

　　　Trial Exhibit 450 is a recent credit agreement between Plaintiff and its creditors. *See* Dkt. No. 502 at 2. Plaintiff argues that public disclosure of the interest rate figure identified in this agreement would risk harm to Plaintiff's business by allowing competitors insight into Plaintiff's finances. *See id.* at 3–4. The Court previously held that this kind of confidential financial information meets the "compelling reasons" standard for sealing evidence at trial, *see* Dkt. No. 458 at 3, and adopts that reasoning here.

　　　The Court therefore **GRANTS** Plaintiff's motion to seal the identified information in Trial Exhibit 450, Dkt. No. 502.

　　　**IT IS SO ORDERED.**

Dated: 11/18/2024

　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　United States District Judge