| | |
|---|---|
| Benjamin D. Brown (SBN 202545)<br>Daniel McCuaig (*pro hac vice*)<br>Nathaniel D. Regenold (*pro hac vice*)<br>COHEN MILSTEIN SELLERS & TOLL PLLC<br>1100 New York Ave. NW, Suite 800<br>Washington, DC 20005<br>Telephone: (202) 408-4600<br>Facsimile: (202) 408-4699<br>bbrown@cohenmilstein.com<br>dmccuaig@cohenmilstein.com<br>nregenold@cohenmilstein.com<br><br>Christopher C. Wheeler (SBN 224872)<br>Cameron J. Gibbs (SBN 346524)<br>Michelle Kao (SBN 322758)<br>FARELLA BRAUN + MARTEL LLP<br>One Bush Street, Suite 900<br>San Francisco, California 94104<br>Telephone: (415) 954-4400<br>Facsimile: (415) 954-4480<br>cwheeler@fbm.com<br>cgibbs@fbm.com<br>mkao@fbm.com<br><br>(Additional Counsel on Signature Page)<br><br>Attorneys for Plaintiff Pacific Steel Group | William C. Price (SBN 108542)<br>Rachael L. McCracken (SBN 252660)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br>williamprice@quinnemanuel.com<br>rachaelmccracken@quinnemanuel.com<br><br>Steig D. Olson (*pro hac vice*)<br>Nic Siebert (*pro hac vice*)<br>William Scarfone (*pro hac vice*)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br>steigolson@quinnemanuel.com<br>nicolassiebert@quinnemanuel.com<br>williamscarfone@quinnemanuel.com |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| PACIFIC STEEL GROUP,<br><br>      Plaintiff,<br><br>      vs.<br><br>COMMERCIAL METALS COMPANY, et al.,<br><br>      Defendants. | Case No. 4:20-cv-07683-HSG<br><br>**[PROPOSED] JUDGMENT**<br><br>The Hon. Haywood S. Gilliam, Jr. |

This action was tried to a jury from October 21 through November 5, 2024, in Courtroom 2 of the above-entitled Court, before the Honorable Haywood S. Gilliam, Jr.

The jury returned a verdict in favor of Plaintiff Pacific Steel Group ("Pacific Steel") against Defendants Commercial Metals Company, CMC Rebar West, and CMC Steel US, LLC (collectively, "CMC") on Pacific Steel's claims for unreasonable restraint of trade under Section 1 of the Sherman Act and California's Cartwright Act and for attempted monopolization under Section 2 of the Sherman Act. *See* Dkt. 496. The jury awarded Pacific Steel damages in the amount of $110,036,803, which shall be trebled to $330,110,409 pursuant to 15 U.S.C. § 15(a).

Final judgment is hereby entered in favor of Plaintiff and against Defendants in accordance with the Verdict.

As provided in 15 U.S.C. § 15(a) and 28 U.S.C. §§ 1821, 1920, 1961, Pacific Steel shall be awarded reasonable attorney's fees and costs of suit, in amounts to be determined by this Court, as well as post-judgment interest from the date of entry of judgment at the applicable federal post-judgment interest rate until paid in full.

**IT IS SO ORDERED.**

Dated: November 22, 2024

_____
Honorable Haywood S. Gilliam, Jr.
United States District Judge

| | | |
|---|---|---|
| 1 | Dated: November 21, 2024 | Dated: November 21, 2024 |
| 2 | By: */s/ Christopher C. Wheeler* | By: */s/ Steven E. Bizar* |

Christopher C. Wheeler (SBN 224872)
Cameron J. Gibbs (SBN 346524)
Michelle Kao (SBN 322758)
FARELLA BRAUN + MARTEL LLP
One Bush Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
cwheeler@fbm.com
cgibbs@fbm.com
mkao@fbm.com

Benjamin D. Brown (SBN 202545)
Daniel McCuaig (*pro hac vice*)
Nathaniel D. Regenold (*pro hac vice*)
COHEN MILSTEIN SELLERS
    & TOLL PLLC
1100 New York Ave. NW, Suite 800
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
bbrown@cohenmilstein.com
dmccuaig@cohenmilstein.com
nregenold@cohenmilstein.com

Jared Dummitt (*pro hac vice*)
COHEN MILSTEIN SELLERS
    & TOLL PLLC
88 Pine Street, 14th Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
jdummitt@cohenmilstein.com

William C. Price (SBN 108542)
Rachael L. McCracken (SBN 252660)
QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
williamprice@quinnemanuel.com
rachaelmccracken@quinnemanuel.com

Steig Olson (*pro hac vice*)
Nic Siebert (*pro hac vice*)
William Scarfone (*pro hac vice*)
QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
51 Madison Avenue, 22nd Floor

Steven E. Bizar (*pro hac vice*)
Agnese Nadalini (*pro hac vice*)
David Costigan (*pro hac vice*)
DECHERT LLP
2929 Arch St.
Philadelphia, PA 19104
steven.bizar@dechert.com
agnese.nadalini@dechert.com
david.costigan@dechert.com

Shari Ross Lahlou (*pro hac vice*)
Nathan Richardson (*pro hac vice*)
DECHERT LLP
1900 K Street, NW
Washington, DC 20006
Telephone: (202) 261-3300
Facsimile: (202) 261-3333
shari.lahlou@dechert.com
nathan.richardson@dechert.com

Joseph D. Trujillo (SBN 305170)
DECHERT LLP
45 Fremont Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 262-4500
Facsimile: (415) 262-4555
Joseph.trujillo@dechert.com

Bonnie Lau (SBN 246188)
Lena Gankin (SBN 333047)
Michelle Sosa-Acosta (SBN 330776)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
blau@mofo.com
lgankin@mofo.com
msosaacosta@mofo.com

*Counsel for Defendants Commercial Metals Company, CMC Rebar West, and CMC Steel US, LLC*

New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
steigolson@quinnemanuel.com
nicolassiebert@quinnemanuel.com
williamscarfone@quinnemanuel.com

*Attorneys for Plaintiff Pacific Steel Group*

# ECF ATTESTATION

I, Christopher C. Wheeler, am the ECF User whose ID and password are being used to file the [PROPOSED] JUDGMENT. In accordance with Civil Local Rule 5-1, concurrence in the filing of this document has been obtained from each of the other signatories, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Dated: November 21, 2024                    FARELLA BRAUN + MARTEL LLP


By: _____/s/ Christopher C. Wheeler_____
      Christopher C. Wheeler

Attorneys for Plaintiff Pacific Steel Group

3952239522\17232142.1