Benjamin D. Brown (SBN 202545)
Daniel McCuaig (*pro hac vice*)
Nathaniel D. Regenold (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave., NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
bbrown@cohenmilstein.com
dmccuaig@cohenmilstein.com
nregenold@cohenmilstein.com

Christopher C. Wheeler (SBN 224872)
Cameron J. Gibbs (SBN 346524)
Michelle Kao (SBN 322758)
FARELLA BRAUN + MARTEL LLP
One Bush Street, Suite 900
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
cwheeler@fbm.com
cgibbs@fbm.com
mkao@fbm.com

(Additional Counsel on Signature Page)

*Attorneys for Plaintiff Pacific Steel Group*

William C. Price (SBN 108542)
Rachael L. McCracken (SBN 252660)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
williamprice@quinnemanuel.com
rachaelmccracken@quinnemanuel.com

Steig D. Olson (*pro hac vice*)
Nic Siebert (*pro hac vice*)
William Scarfone (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
steigolson@quinnemanuel.com
nicolassiebert@quinnemanuel.com
williamscarfone@quinnemanuel.com

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| PACIFIC STEEL GROUP,<br><br>Plaintiff,<br><br>vs.<br><br>COMMERCIAL METALS COMPANY, et al.,<br><br>Defendants. | Case No. 4:20-cv-07683-HSG<br><br>**STIPULATION AND ORDER REGARDING PAGE LIMITATIONS ON POST-TRIAL BRIEFING**<br><br>The Hon. Haywood S. Gilliam, Jr.<br><br>Action Filed:   October 30, 2020<br>Trial Date:       October 21, 2024 |

1    Pursuant to Civil Local Rule 7-12 and the Court's Order dated November 25, 2024 (Dkt. No.
2    527), Pacific Steel and CMC hereby stipulate and request the Court to order that Pacific Steel may
3    submit a brief of up to 32 pages in length in opposition to CMC's Motion for Judgment as a Matter of
4    Law, and, in the Alternative, for a New Trial.

STIPULATION AND ORDER REGARDING         1
PAGE LIMITATIONS ON POST-TRIAL
BRIEFING - Case No. 4:20-cv-07683-HSG

**IT IS SO STIPULATED.**

Dated: December 9, 2024

By: */s/ Christopher C. Wheeler*

Christopher C. Wheeler (SBN 224872)
Cameron J. Gibbs (SBN 346524)
Michelle Kao (SBN 322758)
FARELLA BRAUN + MARTEL LLP
One Bush Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
cwheeler@fbm.com
cgibbs@fbm.com
mkao@fbm.com

Benjamin D. Brown (SBN 202545)
Daniel McCuaig (*pro hac vice*)
Nathaniel D. Regenold (*pro hac vice*)
COHEN MILSTEIN SELLERS
    & TOLL PLLC
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
bbrown@cohenmilstein.com
dmccuaig@cohenmilstein.com
nregenold@cohenmilstein.com

Jared Dummitt (*pro hac vice*)
COHEN MILSTEIN SELLERS
    & TOLL PLLC
88 Pine Street, 14th Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
jdummitt@cohenmilstein.com

William C. Price (SBN 108542)
Rachael L. McCracken (SBN 252660)
QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
williamprice@quinnemanuel.com
rachaelmccracken@quinnemanuel.com

Steig Olson (*pro hac vice*)
Nic Siebert (*pro hac vice*)
William Scarfone (*pro hac vice*)
QUINN EMANUEL URQUHART &

Dated: December 9, 2024

By: */s/ Steven E. Bizar*

Steven E. Bizar (*pro hac vice*)
Agnese Nadalini (*pro hac vice*)
David Costigan (*pro hac vice*)
DECHERT LLP
2929 Arch St.
Philadelphia, PA 19104
steven.bizar@dechert.com
agnese.nadalini@dechert.com
david.costigan@dechert.com

Shari Ross Lahlou (*pro hac vice*)
Nathan Richardson (*pro hac vice*)
DECHERT LLP
1900 K Street, NW
Washington, DC 20006
Telephone: (202) 261-3300
Facsimile: (202) 261-3333
shari.lahlou@dechert.com
nathan.richardson@dechert.com

Joseph D. Trujillo (SBN 305170)
DECHERT LLP
45 Fremont Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 262-4500
Facsimile: (415) 262-4555
Joseph.trujillo@dechert.com

Bonnie Lau (SBN 246188)
Lena Gankin (SBN 333047)
Michelle Sosa-Acosta (SBN 330776)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
blau@mofo.com
lgankin@mofo.com
msosaacosta@mofo.com

*Counsel for Defendants Commercial Metals Company, CMC Rebar West, and CMC Steel US, LLC*

SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
steigolson@quinnemanuel.com
nicolassiebert@quinnemanuel.com
williamscarfone@quinnemanuel.com

*Attorneys for Plaintiff Pacific Steel Group*

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 12/10/2024

The Honorable Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE