UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PACIFIC STEEL GROUP,<br><br>    Plaintiff,<br><br>    vs.<br><br>COMMERCIAL METALS COMPANY, et al.,<br><br>    Defendants. | Case No. 4:20-cv-07683-HSG<br><br>**STIPULATION AND ORDER TO SET MOTIONS HEARING**<br><br>The Hon. Haywood S. Gilliam, Jr.<br><br>Action Filed:   October 30, 2020<br>Trial Date:      October 21, 2024 |

STIPULATION & ORDER TO SET MOTIONS HEARING –
Case No. 4:20-cv-07683-HSG

## STIPULATION

Plaintiff Pacific Steel Group ("Plaintiff") and Defendants Commercial Metals Company, CMC Steel Fabricators, Inc., and CMC Steel US, LLC (collectively, "Defendants," and together with Plaintiff, the "Parties"), by and through their undersigned counsel, respectfully request that the Court enter the Parties' below stipulation setting the motions hearing date for Defendants' Motion for Judgment as a Matter of Law and for a New Trial (the "Motion"), Dkt. 536, for February 27, 2025, at the Court's convenience.

WHEREAS, in accordance with the Court's Order Regarding Post-Trial Briefing Schedule, Dkt. 425, Defendants filed their Motion on December 20, 2024, Dkt. 536, and Plaintiff filed its Opposition on January 17, 2025, Dkt. 539;

WHEREAS, Defendants' Reply in support of their Motion, if any, is due on February 7, 2025;

WHEREAS, the motions hearing date for Defendants' Motion is currently set for February 13, 2025;

WHEREAS, lead counsel for Plaintiff has a scheduling conflict on February 13, 2025, and would be unable to attend a motions hearing set for that date;

WHEREAS, lead counsel for the Parties are available on February 27, 2025, for a motions hearing;

WHEREAS, to accommodate lead counsel for Plaintiff's scheduling conflicts, the Parties have agreed to set the motions hearing for Defendants' Motion for February 27, 2025, at the Court's convenience; and

WHEREAS, the Parties intend to comply with the Court's post-trial briefing schedule with respect to Plaintiff's forthcoming Motion for Attorney's Fees and Costs, such that no other deadlines will be altered or otherwise impacted by the requested change of the motions hearing date, as set forth in the supporting Declaration of Michelle Kao filed concurrently herewith.

THEREFORE, IT IS HEREBY AGREED AND STIPULATED that the date of the motions hearing for Defendants' Motion shall be set for February 27, 2025, at 2:00 p.m. PT, at the Court's convenience.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:   January 23, 2025 | Dated:   January 23, 2025 |

By:   /s/ Christopher C. Wheeler
Christopher C. Wheeler (SBN 224872)
Cameron J. Gibbs (SBN 346524)
Michelle Kao (SBN 322758)
FARELLA BRAUN + MARTEL LLP
One Bush Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
cwheeler@fbm.com
cgibbs@fbm.com
mkao@fbm.com

Benjamin D. Brown (SBN 202545)
Daniel McCuaig (*pro hac vice*)
Nathaniel D. Regenold (*pro hac vice*)
COHEN MILSTEIN SELLERS
         & TOLL PLLC
1100 New York Ave., NW, Eighth Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
bbrown@cohenmilstein.com
dmccuaig@cohenmilstein.com
nregenold@cohenmilstein.com

Jared Dummitt (*pro hac vice*)
COHEN MILSTEIN SELLERS
         & TOLL PLLC
88 Pine Street, 14th Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
jdummitt@cohenmilstein.com

William C. Price (SBN 108542)
Rachael L. McCracken (SBN 252660)
QUINN EMANUEL URQUHART &
         SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
williamprice@quinnemanuel.com
rachaelmccracken@quinnemanuel.com

By:   /s/ Steven Bizar
Steven Bizar (*pro hac vice*)
Agnese Nadalini (*pro hac vice*)
David Costigan (*pro hac vice*)
DECHERT LLP
2929 Arch St.
Philadelphia, PA 19104
Telephone: 215.994.4000
Facsimile: 215.994.2222
Email: steven.bizar@dechert.com
Email: agnese.nadalini@dechert.com
Email: david.costigan@dechert.com

Shari Ross Lahlou (*pro hac vice*)
DECHERT LLP
1900 K Street, NW
Washington, DC 20006
Telephone: 202.261.3300
Facsimile: 202.261.3333
Email: shari.lahlou@dechert.com

Joseph Trujillo (SBN 305170)
DECHERT LLP
45 Fremont St., 26th Floor
San Francisco, California 94105
Telephone: 415.262.4500
Facsimile: 415.262.4555
Email: joseph.trujillo@dechert.com

By:   /s/ Bonnie Lau
Bonnie Lau (SBN 246188)
Michelle Sosa-Acosta (SBN 330776)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
Email: blau@mofo.com
Email: msosaacosta@mofo.com

*Attorneys for Defendants*
*Commercial Metals Company;*
*CMC Rebar West;*
*CMC Steel US, LLC*

STIPULATION & ORDER TO SET MOTIONS HEARING –
Case No. 4:20-cv-07683-HSG                                2

1  Steig D. Olson (*pro hac vice*)
   Nic Siebert (*pro hac vice*)
2  William Scarfone (*pro hac vice*)
   QUINN EMANUEL URQUHART &
3       SULLIVAN, LLP
   51 Madison Avenue, 22nd Floor
4  New York, NY 10010
   Telephone: (212) 849-7000
5  Facsimile: (212) 849-7100
   steigolson@quinnemanuel.com
6  nicolassiebert@quinnemanuel.com
   williamscarfone@quinnemanuel.com
7
   *Attorneys for Plaintiff Pacific Steel Group*
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION & ORDER TO SET MOTIONS        3
HEARING –
Case No. 4:20-cv-07683-HSG

**ECF ATTESTATION**

I, Christopher C. Wheeler, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED ORDER] TO SET MOTIONS HEARING. In accordance with Civil Local Rule 5-1, concurrence in the filing of this document has been obtained from each of the other signatories, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Dated:   January 23, 2025                         FARELLA BRAUN + MARTEL LLP


                                                  By:   /s/ *Christopher C. Wheeler*
                                                        Christopher C. Wheeler

# ORDER

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

**IT IS SO ORDERED.**

Dated: 1/27/2025

_____
The Honorable Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE